# **EXHIBIT E**

CLINAC | Linear Accelerator 



# INDUSTRY STANDARD,

**DESIGNED FOR QUALITY CARE. CHOSEN BY QUALITY CLINICS.**

With over 5,000 systems installed globally, the Varian Clinac® linear accelerator is an industry standard in cancer care. This powerful system houses a range of capabilities* that not only streamline the treatment process, but also expand possibilities for clinics. For years, Clinac has been the choice in radiotherapy treatment as it continuously delivers on its legacy as the foundation for quality cancer care.



Case 1:18-cv-01599-MN   Document 1-5   Filed 10/16/18   Page 4 of 13 PageID #: 133

# WORLD RENOWNED.



" *The Clinac series is the workhorse of the Varian linac line. These machines have a long lineage and are consistently reliable.* "

**Todd Pawlicki**, PhD, Chief Medical Physicist, University of California, San Diego, Rebecca and John Moores Comprehensive Cancer Center



## LAY THE GROUNDWORK FOR POWER AND FLEXIBILITY.

Dynamic in function, Clinac enables you to quickly deliver a wide range of radiation therapy to your patients including Intensity Modulated Radiotherapy (IMRT), Image-Guided Radiotherapy (IGRT), Volumetric Modulated Arc Therapy (VMAT), RapidArc® and stereotactic radiosurgery. By making this system part of your treatment regimen, you can equip your clinic with the versatility and power to target and treat a wide range of tumors. Take advantage of these innovative features, and discover why this platform has been and continues to be the choice in treatment delivery well into the future.

**With Clinac, you can:**

→ Choose up to three photon beams and a range of electron energy beams.

→ Treat patients faster with the ability to deliver at high dose rates up to 2400 MU/min at 10 MV High-Intensity Mode.

→ Maintain control over patient position with Exact™ Couch and real-time motion-tracking capabilities.

→ Keep the treatment process connected through integration with treatment planning and information management software.

### High-Intensity Mode

High-Intensity Mode (Flattening Filter Free) delivers X-ray beams without the use of a flattening filter, resulting in very high delivery dose rates. This feature can be used for radiosurgery, respiratory-gated or breath-hold treatments.

**The use of High-Intensity Mode enables:**

→ Shorter beam-on time*

→ Reliable plan quality and dose-delivery accuracy

→ The highest dose rate in the industry*



> " *The Clinac platform incorporates advanced features to facilitate us to provide the state-of-the-art treatments to our patients including IMRT, IGRT, VMAT and SBRT.* "
>
> **Winston Wen**, PhD, MBA, DABR, Director, SRS/SBRT Physics, Henry Ford Health System



## BORN AND BRED TO DELIVER TREATMENTS AS ACCURATE AS THEY ARE FAST.

Experience the speed and precision of Clinac. Within this system, you'll have access to advanced capabilities including RapidArc radiotherapy technology that gives you the flexibility to shape the beam while controlling the dose rate and the gantry speed for a highly conformed dose. Harness even more control with real-time tracking that gives you the capability to monitor body and tumor movement so you can help keep each dose focused on its target. As a result, you can quickly and accurately deliver powerful treatments to your patients while reducing the risk to surrounding healthy tissue.



**Additional benefits include such features as the following:**

- → The ability to instantaneously turn the beam on or off, coupled with respiratory gating, optical tracking and real-time motion tracking, help you keep doses on target.
- → Reduce damage to surrounding healthy tissue while delivering faster treatments to potentially improve patient comfort.
- → The conical collimator verification interlock automatically verifies radiosurgery conical collimators to enhance safety.
- → The robotic positioning and ability for precise alignment of the imaging systems, along with beam gating, allow fast, accurate treatment delivery with streamlined workflow.

### RapidArc

As one of the most widely used modalities for volumetric treatments, RapidArc technology enables you to deliver fast treatments using precisely sculpted 3D dose distribution. During one single rotation of the gantry, you can deliver doses to the entire tumor while the speed of rotation, the dose rate and beam shaping aperture modulate simultaneously.

> " The Clinac combines state-of-the-art gated RapidArc delivery with robotic on-board CT imaging, allowing every one of our cancer patients the highest-quality treatments possible. "
>
> Ron Allison, MD, Medical Director, 21st Century Oncology

> " The gated RapidArc and robotic On-Board Imager® (OBI) have made our treatments extremely conformal with substantially enhanced precision necessary to spare normal tissues and potentially limit side effects. "
>
> Parag Sanghvi, MD, University of California, San Diego, Rebecca and John Moores Comprehensive Cancer Center

# WHEN YOUR DELIVERY SYSTEM IS CONSISTENT, THE SAME CAN BE SAID FOR YOUR CLINIC.



" *Our fleet of Clinacs provides an intuitive and dynamic workflow whilst ensuring exceptional quality treatment delivery.* "

**Mark Middleton**, MBA, Chief Executive Officer, Radiation Oncology Queensland, Toowoomba, Queensland, Australia



### SERVICE/HELP DESK →
Take advantage of a full range of technical staff ready to assist you.



Advanced safety features, comprehensive education programs and access to Varian service and support enable you to keep your system current while maintaining a high level of care. As a result, you can treat your patients with the confidence that your delivery system is performing at its best while you continue to perform at yours.



COMPREHENSIVE EDUCATION PROGRAM →

Get the most out of your system with end-to-end solution training.







SAFETY/QA FEATURES

→ Beam matching

→ LaserGuard™

→ IsoCal

" *The broad features provided by the Clinac allow us to provide the kind of exemplary patient care to which we are committed.* "

**Kevin Murphy**, MD, Vice Chair,
Director of CNS and Pediatric Radiation Oncology Services,
University of California, San Diego,
Rebecca and John Moores Comprehensive Cancer Center



## PROPEL YOUR CLINIC INTO A FUTURE THAT SETS THE STANDARD IN QUALITY CARE.

Through its user base alone, Clinac is a standard in quality cancer care around the globe. A wide range of capabilities, along with the ability to upgrade various features, contribute to its potential and help magnify your possibilities for the future.



CLINAC

## VARIAN MEDICAL SYSTEMS HAS A LONG AND RICH HISTORY AS A PIONEER IN THE ONCOLOGY FIELD.



During this time, we introduced innovative treatment techniques, equipment and software that have been used to treat tens of thousands of cancer patients worldwide. Today, we offer products and services to advance the entire treatment process. Our work creates a community for those affected by cancer, so we can unite around our common goal to fight this disease.



CLINAC | Linear Accelerator

**USA, Corporate Headquarters and Manufacturer**
California
Varian Medical Systems
Palo Alto, CA
Tel: 650.493.4000
    800.544.4636
varian.com/clinac

**USA Regional Offices**

**California**
Varian Medical Systems
Corona, CA
Tel: 951.280.4401

**Georgia**
Varian Medical Systems
Marietta, GA
Tel: 770.955.1367

**EMEA, CIS and India Headquarters**

**Switzerland**
Varian Medical Systems
International AG
Zug, Switzerland
Tel: 41.41.749.88.44

**Austria**
Varian Medical Systems
Gesellschaft m.b.H.
Brunn am Gebirge, Austria
Tel: 43.1.698.56.56

**Belgium**
Varian Medical Systems
Belgium N.V./S.A.
Diegem, Belgium
Tel: 32.2.720.10.08

**Finland**
Varian Medical Systems
Finland Oy
Helsinki, Finland
Tel: 358.9.430.771

**France**
Varian Medical Systems
France
Buc, France
Tel: 33.1.30.83.83.83

**Germany**
Varian Medical Systems
Deutschland GmbH
Darmstadt, Germany
Tel: 49.61.51.73133.0

**India**
Varian Medical Systems
India Pvt Ltd.
Mumbai, India
Tel: 91.22.6785.2252

Varian Medical Systems
India Pvt Ltd.
Chennai Branch, India
Tel: 91.44.4900.5000

Varian Medical Systems
India Pvt Ltd.
Delhi Branch, India
Tel: 91.11.4316.2102

**Italy**
Varian Medical Systems
Italia, S.p.A.
Milano, Italy
Tel: 39.02.921.351

**Hungary**
Varian Medical Systems
Hungary Kft.
Budapest, Hungary
Tel: 36.1.501.2600

**The Netherlands**
Varian Medical Systems
Nederland B.V.
Houten, The Netherlands
Tel: 31.30.634.0506

**Russia**
Varian Medical Systems
(RUS) LLC
Moscow, Russia
Tel: 7.495.604.44.23/24

**Scandinavia**
Varian Medical Systems
Scandinavia A/S
Herlev, Denmark
Tel: 45.44.500.100

**Spain/Portugal**
Varian Medical Systems
Ibérica, S.L.
Madrid, Spain
Tel: 34.91.33.44.800

**United Kingdom /Ireland**
Authorized Representative
in the EU
Varian Medical Systems
UK Ltd.
Crawley, UK
Tel: 44.1293.601.200

**Asian Pacific Headquarters**

**China**
Varian Medical Systems
China Ltd.
Beijing, China
Tel: 86.10.8785.8785

**Hong Kong**
Varian Medical Systems
Pacific, Inc.
Kowloon, Hong Kong
Tel: 85.2.2724.2836

**Japan**
Varian Medical Systems K.K.
Chuo-ku, Tokyo, Japan
Tel: 81.3.4486.5010

**Australia**
Varian Medical Systems
Australasia Pty Ltd.
Sydney, Australia
Tel: 61.2.9485.0111

**Latin American Headquarters**

**Brazil**
Varian Medical Systems
Brasil Ltda.
São Paulo, Brasil
Tel: 55.11.3457.2655

\* Data on file. Not all features listed in the brochure are available on all Clinac models or in all countries. Please contact your local sales representative for additional information.

**Intended Use Summary**
Varian Medical Systems' linear accelerators are intended to provide stereotactic radiosurgery and precision radiotherapy for lesions, tumors, and conditions anywhere in the body where radiation treatment is indicated.

**Safety**
Radiation treatments may cause side effects that can vary depending on the part of the body being treated. The most frequent ones are typically temporary and may include, but are not limited to, irritation to the respiratory, digestive, urinary or reproductive systems, fatigue, nausea, skin irritation, and hair loss. In some patients, they can be severe. Treatment sessions may vary in complexity and time. Radiation treatment is not appropriate for all cancers.

© 2012, 2013 Varian Medical Systems, Inc. All rights reserved.
Varian, Varian Medical Systems, Clinac, On-Board Imager and RapidArc, are registered trademarks, and Exact and LaserGuard are trademarks of Varian Medical Systems, Inc.

RAD 10202A                                                                                                                                                    9/2013 (5M)