# **EXHIBIT G**





TRILOGY

*Treat cancer with confidence.*

# Trilogy. The power of three.

**Power. Versatility. Reliability.** It takes all three to treat the cancers you encounter. That's why clinicians around the world turn to the Trilogy® system to deliver complex treatments. Here, in one system, is what it takes to confront cancer with confidence.



Trilogy's impressive core components are behind such advanced treatment techniques as sliding-window IMRT and RapidArc® radiotherapy technology.

They include:

→ Klystron
→ Digital RF driver
→ Patented standing-wave guide
→ Energy switch
→ Triode electron gun
→ 270° bend magnet
→ Sealed kapton ion chamber
→ Beam matching
→ Millennium™ MLC
→ MLC interdigitation

This stunning technology has generated remarkable innovations for managing complex cases. Precision beam sculpting finely conforms to individual tumor shapes. Instantaneous beam control enables respiratory synchronized treatment delivery. Trilogy's unique architecture has led to significant advances in volumetric arc therapy, including the reduction of treatment times to two minutes or less.

Your Trilogy system will remain powerful because its open architecture allows it to grow as your practice grows. Pathbreaking third-party motion management devices easily connect to the system. And treatment innovations are at your disposal as they become available.



Powerful technology:
the cornerstone of
advanced radiotherapy.



As a result, you have the flexibility to choose the most appropriate treatment for your patient, whatever that treatment may be.

The Trilogy system was the first linear accelerator to offer synchronized imaging. Today, its On-Board Imager® (OBI) kV imaging system provides a wide array of imaging modalities, including kV, MV, CBCT and fluoroscopy. Clinicians get high-quality images of soft tissue, boney anatomy or other markers for optimal patient positioning. What's more, OBI lets you employ radiographic, fluoroscopic and CBCT modes to monitor the size, shape and location of the target every day. With these advanced position verification tools, you can see what you treat.

When tumors move during treatment, Trilogy's strong motion-management tools go to work, monitoring and adjusting for tumor motion, resulting in accurate treatment delivery. Clinicians can visualize where the tumor is and compensate for patient shifts during treatment.

→ Image-guided radiotherapy (IGRT)
→ RapidArc
→ Gated RapidArc
→ Intensity-modulated radiotherapy (IMRT)
→ Stereotactic body radiotherapy (SBRT)
→ Stereotactic radiosurgery (SRS)

## As versatile as cancer is relentless.

Trilogy offers a wide spectrum of treatment techniques to handle the majority of your patient workload, including advanced treatments such as:

Case 1:18-cv-01599-MN   Document 1-7   Filed 10/16/18   Page 6 of 8 PageID #: 157



## Proven reliability evokes confidence.

Thousands of clinicians trust in the Trilogy system each day, year after year, in every corner of the world. Reliable and dependable, Trilogy boasts an exceptional uptime. Clinicians can work with confidence knowing that Trilogy will precisely treat the tumor while minimizing damage to healthy tissue. Since its introduction, Trilogy has become the established platform for advanced radiotherapy. And Trilogy stands ready to be upgraded and augmented as new technologies become available and your practice grows.

### Great accuracy.

**FAST TREATMENT DELIVERY.**
With RapidArc, clinicians can consider treating more patients per day and giving each one more focused attention.

**RIGOROUS PRECISION.**
Trilogy's precision allows clinicians to precisely target the tumor while minimizing damage to healthy tissue.

### Exceptional uptime.

### Wide array of imaging modalities.



TRILOGY | 10

## At work in clinics around the world.

When clinicians promise to bring everything in their power to bear against cancer, they turn with confidence to the Trilogy system. Because there's no compromising reliability for versatility, or power for precision. Trilogy delivers it all.

It is the treatment workhorse of clinics around the world, and the choice of cancer specialists everywhere.

**Power. Versatility. Reliability.
Trilogy is the power of three.**

To learn more, contact your sales representative or visit **varian.com/trilogy**



**TRILOGY**

### USA Headquarters

California
Varian Medical Systems
Palo Alto, CA

Tel: 650.424.5700
800.544.4636
Fax: 650.493.5637

varian.com/trilogy

### USA Regional Offices

California
Varian Medical Systems
Corona, CA
Tel: 951.280.4401
Fax: 951.280.4300

### Georgia

Varian Medical Systems
Marietta, GA
Tel: 770.955.1367
Fax: 678.255.3850

### Illinois

Varian Medical Systems
Des Plaines, IL
Tel: 847.321.6810
Fax: 847.321.6811

### New Jersey

Varian Medical Systems
Clark, NJ
Tel: 732.340.9346
Fax: 732.381.1060

### European Headquarters

Switzerland
Varian Medical Systems International AG
Zug, Switzerland
Tel: 41.41.749.8844
Fax: 41.41.740.3340

### Austria

Varian Medical Systems Gesellschaft m.b.H.
Voesendorf, Austria
Tel: 43.1.698.56.56
Fax: 43.1.698.56.59

### Belgium

Varian Medical Systems Belgium N.V./S.A.
Diegem, Belgium
Tel: 32.2.720.10.08
Fax: 32.2.720.77.07

### Finland

Varian Medical Systems Finland Oy
Helsinki, Finland
Tel: 358.9.430.771
Fax: 358.9.455.4585

### France

Varian Medical Systems France
Buc, France
Tel: 33.1.30.83.83.83
Fax: 33.1.30.83.83.00

### Germany

Varian Medical Systems Deutschland GmbH
Darmstadt, Germany
Tel: 49.61.51.73130
Fax: 49.61.51.731313

### India

Varian Medical Systems International (India) Pvt Ltd
Mumbai, India
Tel: 91.22.67852252
Fax: 91.22.28385614

Chennai, India
Tel: 91.44.28295970
Fax: 91.44.28295980

### Italy

Varian Medical Systems Italia, S.p.A.
Cernusco s/N (MI), Italy
Tel: 39.02.921.351
Fax: 39.02.921.35240

### Netherlands

Varian Medical Systems Nederland B.V.
Houten, Netherlands
Tel: 31.30.634.0506
Fax: 31.30.636.2466

### Scandinavia

Varian Medical Systems Scandinavia AS
Herlev, Denmark
Tel: 45.44.500.100
Fax: 45.44.500.190

### Spain/Portugal

Varian Medical Systems Ibérica, S.L.
Madrid, Spain
Tel: 34.91.33.44.800
Fax: 34.91.33.44.801

### UK/Ireland

Varian Medical Systems UK Ltd.
Crawley, West Sussex, UK
Tel: 44.1293.601.200
Fax: 44.1293.510.260

### Asian Headquarters

Hong Kong
Varian Medical Systems Pacific, Inc.
Kowloon, Hong Kong
Tel: 85.22.724.2836
Fax: 85.22.369.4280

### China

Varian Medical Systems China Ltd.
Beijing, P.R. China
Tel: 8610.8785.8785
Fax: 8610.8785.8960

### Japan

Varian Medical Systems K.K.
Chuo-ku, Tokyo, Japan
Tel: 81.3.3639.9700
Fax: 81.3.3639.9623

### Latin American Headquarters

Florida
Varian Medical Systems
Miami, FL USA
Tel: 305.929.1970
Fax: 305.929.1971

### Brazil

Varian Medical Systems do Brasil Ltda.
São Paulo, Brazil
Tel: 55.11.3457.2655
Fax: 55.11.3286.0034

### Australian Headquarters

Australia
Varian Medical Systems Australasia Pty Ltd.
Sydney, Australia
Tel: 61.2.9485.0111
Fax: 61.2.9485.0119

© 2010 Varian Medical Systems, Inc. Varian, Varian Medical Systems, Trilogy, RapidArc and On-Board Imager (OBI) are registered trademarks of Varian Medical Systems, Inc. Millennium is a trademark of Varian Medical Systems.

RAD 10145                                                                                                                                                                                 9/2010 (10M)