# EXHIBIT H

varian | trueBEAM

Inspired by you, built by Varian




# Harnessing the latest innovations for the fight against cancer

Advances in radiation therapy are accelerating, creating new options for treatment and new sources of optimism in the fight against cancer. However, translating innovations into better outcomes for patients and clinics requires more than piecemeal adoption of new solutions. It requires an integration of capabilities on multiple levels.

The high-precision TrueBeam® radiotherapy system is uniquely capable of integrating hardware, software, treatment regimens, safety features, third-party solutions, new innovations, and support. The result is that care teams can harness transformative technology and collaborate more effectively—so clinics can expand treatment options, grow their business, and accelerate new healthcare initiatives.






# Integrated capabilities for integrated care

**It all comes together here.**

TrueBeam has proven its capabilities in treating a broad range of cancer cases with exceptional speed and accuracy in top clinics around the world. However, its value extends far beyond its features and functions.

By bringing together diverse capabilities and resources, the TrueBeam system enables clinicians to focus on patients and treatments rather than systems and technologies. And that makes it possible for clinics to deliver more comprehensive and effective care.

varian | trueBEAM

# Innovation, collaboration, outcomes... they're all connected

By serving as the focal point of multi-layered integration, the TrueBeam system facilitates the kind of innovation and collaboration that results in new treatment options for patients, new opportunities for clinics, and new advances in the fight against cancer. The net result is better outcomes for all stakeholders: patients, clinicians, researchers, and administrators.



## Hardware, software, and safety features that work well individually—and better together.

### Agile Architecture Controlled by Maestro

- Open, extensible architecture
- Maestro control system orchestrates components
- Synchronizes dosage, motion, and imaging for fast, efficient treatment

### Fast, Accurate Imaging System

- Improved imaging of soft tissue targets through reduced motion artifacts
- Faster cone-beam CT (CBCT) acquisitions for breath-hold treatments
- Improved visibility for certain targets with large motion

### Flexible, High-Performance Beam Generation

- 0-8 electron energies, up to 7 photon energies
- High intensity modes
- Ability to tailor treatment with higher precision

### Gated RapidArc® Radiotherapy

### Technology to Account for Tumor Movement

- Expands RapidArc radiotherapy treatments to moving tumors
- Faster treatments of tumors that move with respiration
- Monitors patient treatment with triggered imaging

### Calypso® System for Motion Management

- Accurate tumor tracking in real time
- Enhanced tumor targeting during radiation treatment
- Gives clinicians the confidence to safely decrease margins

### Optical Surface Monitoring System

- Non-invasive, non-ionizing
- Accurate assessment of patient position
- Higher efficiency, lower uncertainty margins

### HyperArc™ High-Definition Radiotherapy

- High-quality, easy delivery of non-coplanar stereotactic radiosurgery (SRS) treatments
- Automated and simplified operations
- Safe, efficient, and accurate
- Designed for patient safety, treatment efficiency and accuracy

### PerfectPitch™ 6 Degrees of Freedom Couch

- More flexibility in patient setups
- Adds pitch and roll axes
- Potential to treat more patients with higher accuracy

### ARIA® Oncology Information System

- Compare acute responses to treatment and long-term clinical outcomes
- Develop disease-specific clinical protocols
- Make confident decisions with rule-based decision support

### Eclipse™ Treatment Planning System and RapidPlan™ Knowledge-Based Planning

- Increase physician productivity
- Customize plans leveraging advanced clinical expertise
- Develop plans for virtually every type of radiotherapy

### Applied Intelligence Systems for Deeper Insights

- Mine your data for actionable intelligence
- Consolidate scans and treatment plans for new insights
- Transition to data-based decision-making

### Safety Capabilities that Enhance Confidence

- Simple, automated operation
- Multiple layers of safety built in
- Constant accuracy checks



# An innovative ecosystem of oncology solutions.

*we are elevating cancer care through ingenuity



# More choices for a wider range of cancer cases

The depth and breadth of technology integration in the TrueBeam platform enables clinicians to treat a wider array of cancer cases using a diverse range of radiation therapies.

Clinical cases in head and neck cancers, lung, breast, prostate, liver, and more are addressed by TrueBeam, using SRS, stereotactic body radiation therapy (SBRT), HyperArc, volumetric modulated radiation therapy (VMAT), intensity-modulated radiation therapy (IMRT), image-guided radiotherapy (IGRT) and RapidArc radiotherapy.











### Multiple Brain Metastases

- HyperArc High Definition Radiotherapy enables single click delivery of fully automated non-coplanar cranial SRS treatments. Pre-programmed imaging fields allow patient position verification during treatment delivery
- Eclipse version 15.5 Treatment Planning System provides simplified planning of single and multi-metastatic cranial non-coplanar plans
- High Definition 120 leaf MLC sculpts dose with high conformity for precise tumor targeting.
- PerfectPitch 6 DoF couch allows precise patient positioning based on 3D image guidance

### Lung

- Online 4D CBCT allows you to visualize target motion in 3D, verifying target motion is as expected from the treatment plan. Automated acquisition of multiple 3D CBCT data sets, all synchronized with respiration, allows 3D patient set up using a specific respiration phase, an averaged motion image, or a maximum intensity projection image
- With Gated CBCT, image acquisition occurs during the planned beam-on time only, reducing image artifacts due to motion, and allowing visualization of the target under planned treatment delivery conditions
- Short Arc CBCT allows fast 3D CBCT image acquisition within a single breath hold
- The Visual Coaching Device provides patients with active feedback on their respiration, allowing respiration stabilization for free breathing gated treatment delivery, and consistent breath hold motion extent for breath hold treatment

### Breast

- Delta Couch Shift supports initial patient set up using a single stable tattoo mark, with a pre-programmed automated shift to the treatment isocenter
- Eclipse IMRT tools, such as field-in-field planning, help create treatment plans designed to minimize radiation exposure of heart and lung tissue
- Real time respiratory gating supports deep inspiration breath hold treatments for left lung, allowing reduction of treatment margins due to target motion and minimizing exposure of heart tissue

CBCT iCBCT

### Prostate

- Intrafraction motion during treatment delivery can be detected using fully automated radiographic imaging, with image acquisition triggered on Monitor Unit, time, or gantry angle increments
- Auto Beam Hold tracks implanted fiducial positions during triggered image acquisition, automatically asserting a beam hold when a fiducial is detected to be out of position
- On-Demand imaging allows you to initiate kV, MV, and CBCT images at any time during the treatment
- Iterative CBCT reconstruction provides unparalleled image quality, enhancing bony anatomy and soft tissue visualization

# Open to innovation from multiple sources

No one knows where the next innovation in cancer treatment will come from. One thing is certain: great ideas come from everywhere, and great ideas should be shared. The more open you are to integration, the sooner your patients and your clinic will benefit.

Varian is committed to cultivating an environment that connects you in multiple dimensions. To the integrated features and functions of the TrueBeam system. To the added value of our full suite of oncology solutions. To the complementary innovations of our vibrant partner ecosystem. To the latest research and breakthrough concepts in development. And to the entire oncology community – from diagnosis to survivorship.

**TrueBeam Developer Mode:**
**Endless Collaborative Research Opportunities**

The Developer Mode option allows for broad experimentation in a non-clinical environment. This expanded access is designed to give clinicians and physicists an efficient and effective means to innovate with new treatment and imaging techniques in a research mode. Advanced manipulation of mechanical and dose axes puts the dynamic beam, imaging, and gating features of the TrueBeam system at the fingertips of researchers.

**OncoPeer™ Cloud Community:**
**Discuss. Share. Learn. Network. Grow.**

Varian's OncoPeer community provides an easy, secure way for oncology professionals to connect and collaborate. Joining the OncoPeer community enables you to share data, exchange advice and best practices, participate in private discussions, and expand your professional network—while bringing new options and innovations to cancer patients.

**Partner Ecosystem:**
**Expanding the Reach**

TrueBeam further extends clinical options by integrating with solutions, technologies, and innovations from our strong and growing ecosystem of third-party companies, including Epic electronic medical records systems; the Cerner patient observer system, Brainlab ExacTrac® and Vision RT AlignRT® C-Rad Catalyst HD devices, and more.



# Comprehensive service, collaborative support

Varian provides responsive service that helps keep your TrueBeam system online, your clinicians productive, and your patient satisfaction scores high. You get the right parts and the most up-to-date software, installed and maintained the right way by Varian-trained professionals — virtually anywhere in the world. We combine a full range of capabilities, including:

### Knowledge and Experience

Varian service professionals receive up-to-date classroom instruction, on-the-job training, and advanced workflow tools, and give you exclusive access to Varian product engineers and system designers.

### SmartConnect® Plus

Remote equipment monitoring automatically alerts Varian to potential issues, proactively diagnoses the issue, and can expedite repairs before problems escalate.

### Proprietary Processes

We maintain detailed, tested protocols for maintaining your equipment in the most efficient way — while keeping patients and staff safe.

### Planned Maintenance Program

Regularly scheduled parts maintenance and replacement can help you potentially avoid catastrophic failures.

### OEM Parts

The exclusive use of Varian parts helps ensure proper design, pre-testing, and integration with all system components.

### Software Upgrades

We provide software and security updates that protect hospital and patient data.

### Professional Services Tailored to Your Requirements

Varian's Professional Services organization delivers a wide range of programs tailored to your needs, helping you achieve higher clinical availability, more efficient workflows, safer use of technology, faster treatment times, and a more relaxed patient experience.

# More options for your patients



# more opportunities for your clinic



**TrueBeam®/VitalBeam™**
**Halcyon™/Trilogy®**
**Clinac®/UNIQUE™**
Treatment Procedures with Ease, Speed and Accuracy



**ProBeam®**
Proton Therapy Systems



**Edge® System**
Dedicated Full-Body Radiosurgery Platform

**Calypso®**
Real-Time Tracking Technology




**Varian Brachytherapy**
Product Suite for Planning and Delivery



**Connectivity**
Epic, Cerner, ARIA Connect



**Velocity™**
Oncology Imaging Informatics System





**ARIA®/OncoEMR®**
Oncology Information System



**InSightive™/ OncoAnalytics®**
Oncology Analytics



**Eclipse™**
Treatment Planning System




**360 Oncology™**
Care Management

varian | trueBEAM




# Imagine a world without the fear of cancer

Varian Medical Systems has been a pioneer in the field of oncology for more than 65 years. During this time, we have introduced innovative treatment techniques, equipment, and software that have been used to treat tens of thousands of cancer patients worldwide. Today we offer products and services to advance the entire treatment process. Our work creates a community of those affected by cancer, so we can unite around our common goal to fight this disease.




varian | trueBEAM

# Expanding the boundaries of hope



varian


**USA, Corporate Headquarters and Manufacturer**

**California**
Varian Medical Systems
3100 Hansen Way
Palo Alto, CA 94304

Tel: 650.493.4000
800.544.4636
Fax: 650.493.5637

varian.com

**USA Regional Offices**

**California**
Varian Medical Systems
Corona, CA
Tel: 951.280.4401

**Georgia**
Varian Medical Systems
Marietta, GA
Tel: 770.955.1367

**EMEIA and CIS Headquarters**

**Switzerland**
Varian Medical Systems
International AG
Steinhausen, Switzerland
Tel: 41.41.749.88.44

**Algeria**
Varian Medical Systems
Algeria Spa
Algiers, Algeria
Tel: 213.21.98.22.22

**Austria**
Varian Medical Systems
Gesellschaft m.b.H.
Brunn am Gebirge, Austria
Tel: 43.2236.377.196

**Belgium**
Varian Medical Systems
Belgium N.V./S.A.
Diegem, Belgium
Tel: 32.2.720.10.08

**Finland**
Varian Medical Systems
Finland Oy
Helsinki, Finland
Tel: 358.9.430.771

**France**
Varian Medical Systems France
Le Plessis-Robinson, France
Tel: 33.1.46.01.22.22

**Germany**
Varian Medical Systems
Deutschland GmbH
Darmstadt, Germany
Tel: 49.6151.7313.300

**Hungary**
Varian Medical Systems
Hungary Kft
Budapest, Hungary
Tel: 36.1.501.2600

**India**
Varian Medical Systems
International India Pvt. Ltd.
Mumbai, India
Tel: 91.22.6785.2252

Varian Medical Systems
International India Pvt. Ltd.
Chennai Branch, India
Tel: 91.44.4900.5000

Varian Medical Systems
International India Pvt. Ltd.
Delhi Branch, India
Tel: 91.11.3019.4403

**Italy**
Varian Medical Systems
Italia Spa
San Felice
Segrate (MI), Italy
Tel: 39 02 921 351

**The Netherlands**
Varian Medical Systems
Nederland B.V.
Houten, The Netherlands
Tel: 31.30.634.05.06

**Poland**
Varian Medical Systems
Poland sp. z o.o.
Warszawa, Poland
Tel: 48.22.54.89.200

**Russia**
Varian Medical Systems
(RUS) LLC
Moscow, Russia
Tel: 7.495.604.44.23/24

**Saudi Arabia**
Varian Medical Systems
Arabia Commercial Ltd.
Riyadh, Saudi Arabia
Tel: 966.11.511.7070

**Scandinavia**
Varian Medical Systems
Scandinavia A/S
Herlev, Denmark
Tel: 45.44.500.100

**South Africa**
Varian Medical Systems
Africa (Pty), Ltd.
Midrand, South Africa
Tel: 27.10.005.5921

**Spain/Portugal**
Varian Medical Systems
Ibérica S.L.
Alcobendas (Madrid), Spain
Tel: 34.91.33.44.800

**United Arab Emirates**
Varian Medical Systems
International AG
Dubai, United Arab Emirates
Tel: 971.4.279.0600

**United Kingdom/Ireland**
Authorized Representative in the EU
Varian Medical Systems
UK Ltd.
Crawley, UK
Tel: 44.1293.601.200

**Asia Pacific Headquarters**

**Hong Kong**
Varian Medical Systems Pacific, Inc.
Kowloon, Hong Kong
Tel: 852.2724.2836

**China**
Varian Medical Systems
China Co. Ltd.
Beijing, China
Tel: 86.10.8785.8785

**Japan**
Varian Medical Systems K.K.
Chuo-ku, Tokyo, Japan
Tel: 81.3.4486.5010

**Australasian Headquarters**

Varian Medical Systems
Australasia Pty Ltd.
Sydney, Australia
Tel: 61.2.9485.0111

**Latin American Headquarters**

**Brazil**
Varian Medical Systems
Brasil Ltda.
São Paulo, Brazil
Tel: 55.11.3457.2655


Varian Medical Systems as a medical device manufacturer cannot and does not recommend specific treatment approaches. Specifications subject to change without notice. Not all features or products are available in all markets and are subject to change.

## Intended Use Summary

Varian Medical Systems' linear accelerators are intended to provide stereotactic radiosurgery and precision radiotherapy for lesions, tumors, and conditions anywhere in the body where radiation treatment is indicated.

## Important Safety Information

Radiation treatments may cause side effects that can vary depending on the part of the body being treated. The most frequent ones are typically temporary and may include, but are not limited to, irritation to the respiratory, digestive, urinary or reproductive systems, fatigue, nausea, skin irritation, and hair loss. In some patients, they can be severe. Treatment sessions may vary in complexity and time. Radiation treatment is not appropriate for all cancers.


© 2012, 2013, 2016, 2018 Varian Medical Systems, Inc. All rights reserved.
Varian, Varian Medical Systems, ARIA, Calypso, RapidArc, SmartConnect, TrueBeam, Clinac, OncoEMR, OncoAnalytics, ProBeam, Edge, and Trilogy are registered trademarks, and Eclipse, HyperArc, PerfectPitch, Halcyon, HD120, InSightive, RapidPlan, UNIQUE, Velocity, and VitalBeam, and 360 Oncology are trademarks of Varian Medical Systems, Inc. The names of other companies and products mentioned herein are used for identification purposes only and may be trademarks or registered trademarks of their respective owners.



RAD 10452

04/2018 (5M)