# **EXHIBIT I**

VARIAN
medical systems

ECLIPSE | Treatment Planning System

## WHEN PLANS ALIGN, SO DO TREATMENTS.

Eclipse™ treatment planning system is a comprehensive solution that allows you to quickly customize treatment plans for a wide variety of disease sites with precision and accuracy.

Designed for quality, efficiency and consistency, feature-rich Eclipse simplifies advanced treatment techniques, enabling growing clinics to offer advanced patient care and services.

By integrating Eclipse with the ARIA® oncology information system and Varian delivery platforms, you can take advantage of a seamless workflow that can reduce data transfer errors and raises the bar for patient safety.

As Varian takes radiation treatment delivery to the next level, Eclipse is developed hand in hand, providing your clinic access to cutting edge technology for high quality patient care that endures.



## VARIAN QUALITY IS ENHANCED BY VARIAN SUPPORT.

The Eclipse solution extends further with PremierAssurance™ customer support from Varian.

→ Get the answers you need with our dedicated peer-to-peer treatment planning Help Desk, staffed by board-certified physicists and dosimetrists.
→ Stay current with hands-on, targeted user training and education in global training centers
→ Access 24/7 product information webinars and support through MyVarian
→ Minimize downtime with our expert commissioning support



## QUALITY

Perform advanced treatment techniques that feature modern optimization and advanced calculation algorithms. With Eclipse as a springboard to collaboration, your multidisciplinary team can work together more efficiently applying an optimal planning approach for each patient.

→ Generate IMRT verification plans and RapidArc® radiotherapy technology applications from virtually any location with secure network access
→ Streamline your planning and workflow process with structured protocol templates

## CONSISTENCY

Standardize your workflow with SmartSegmentation™ knowledge-based contouring tools that facilitate the definition of targets and organs at risk. Providing objective statistical information to support re-planning decisions, Eclipse offers a host of tools in SmartAdapt™ deformable registration to improve consistency and potentially reduce errors. Maintaining this consistency from one system to another helps ensure that Eclipse delivers what's needed for today's innovative treatment techniques. Execute the optimal treatment plan every time using RapidPlan™ pre-configured plan models on Eclipse to develop patient specific optimizations.

Seamlessly import treatment plans and create new plans all in one system. Eclipse integrated tools support consistency and allow for planning across numerous linear accelerators, equipment and software.

→ Navigate effectively across different planning workspaces with consistent icons and interfaces
→ Limit variability and potentially reduce planning time using RapidPlan knowledge-based planning for individualized cases. With Eclipse, advancing to the next level of planning is an easy step, with minimal impact on your clinic

## EFFICIENCY

Eclipse is an open, multi-modality planning system that advances dose accuracy and quickly integrates new developments as they become clinically available. Providing greater access, control and efficiency, Eclipse brings together the multiple steps of the treatment planning process allowing you to access virtually all records and dosimetry information from one system.

Enhance productivity with a powerful suite of intuitive software tools that enable you to plan faster and with greater confidence.

→ Modify productivity with an intuitive Windows-based interface that uses simplified data settings and easy drag and drop functionality
→ Connect to multiple imaging devices necessary for planning using DICOM RT architecture



ECLIPSE | Treatment Planning System

### USA, Corporate Headquarters and Manufacturer

California
Varian Medical Systems
Palo Alto, CA

Tel: 650.493.4000
800.544.4636

varian.com/eclipse

### USA Regional Offices

**California**
Varian Medical Systems
Corona, CA
Tel: 951.280.4401

**Georgia**
Varian Medical Systems
Marietta, GA
Tel: 770.955.1367

### EMEA, CIS and India Headquarters

**Switzerland**
Varian Medical Systems
International AG
Cham, Switzerland
Tel: 41.41.749.88.44

### EMEA, CIS and India Regional Offices

**Austria**
Varian Medical Systems
Gesellschaft m.b.H.
Brunn am Gebirge, Austria
Tel: 43.1.698.56.56

**Belgium**
Varian Medical Systems
Belgium N.V./S.A.
Diegem, Belgium
Tel: 32.2.720.10.08

**Finland**
Varian Medical Systems
Finland Oy
Helsinki, Finland
Tel: 358.9.430.771

**France**
Varian Medical Systems
France
Buc, France
Tel: 33.1.30.83.83.83

**Germany**
Varian Medical Systems
Deutschland GmbH
Darmstadt, Germany
Tel: 49.61.51.73133.0

**Hungary**
Varian Medical Systems
Hungary Kft.
Budapest, Hungary
Tel: 36.1.501.2600

**India**
Varian Medical Systems
India Pvt Ltd.
Mumbai, India
Tel: 91.22.6785.2200/10

Varian Medical Systems
India Pvt Ltd.
Chennai Branch, India
Tel: 91.44.4900.5000

Varian Medical Systems
India Pvt Ltd.
Delhi Branch, India
Tel: 91.11.4316.2102

**Italy**
Varian Medical Systems
Italia, S.p.A.
Milano, Italy
Tel: 39.02.921.351

**The Netherlands**
Varian Medical Systems
Nederland B.V.
Houten, The Netherlands
Tel: 31.30.634.0506

**Russia**
Varian Medical Systems
(RUS) LLC
Moscow, Russia
Tel: 7.495.604.44.23/24

**Scandinavia**
Varian Medical Systems
Scandinavia A/S
Herlev, Denmark
Tel: 45.44.500.100

**Spain/Portugal**
Varian Medical Systems
Ibérica, S.L.
Madrid, Spain
Tel: 34.91.33.44.800

**United Kingdom /Ireland**
Authorized Representative
in the EU
Varian Medical Systems
UK Ltd.
Crawley, UK
Tel: 44.1293.601.200

### Asia Pacific Headquarters

**Hong Kong**
Varian Medical Systems
Pacific, Inc.
Kowloon, Hong Kong
Tel: 85.2.2724.2836

### Asia Pacific Regional Offices

**China**
Varian Medical Systems
China Ltd.
Beijing, China
Tel: 86.10.8785.8785

**Japan**
Varian Medical Systems K.K.
Chuo-ku, Tokyo, Japan
Tel: 81.3.4486.5010

**Australia**
Varian Medical Systems
Australasia Pty Ltd.
Sydney, Australia
Tel: 61.2.9485.0111

### Latin American Headquarters

**Brazil**
Varian Medical Systems
Brasil Ltda.
São Paulo, Brasil
Tel: 55.11.3457.2655

Devices or features presented in this brochure may not be available for sale in all markets.

### Intended Use Summary
Varian Medical Systems' linear accelerators are intended to provide stereotactic radiosurgery and precision radiotherapy for lesions, tumors, and conditions anywhere in the body where radiation treatment is indicated.

### Safety
Radiation treatments may cause side effects that can vary depending on the part of the body being treated. The most frequent ones are typically temporary and may include, but are not limited to, irritation to the respiratory, digestive, urinary or reproductive systems, fatigue, nausea, skin irritation, and hair loss. In some patients, they can be severe. Treatment sessions may vary in complexity and time. Radiation treatment is not appropriate for all cancers.

© 2014 Varian Medical Systems, Inc. All rights reserved.
Varian, Varian Medical Systems, RapidArc and ARIA are registered trademarks and PremierAssurance, SmartAdapt, SmartSegmentation and RapidPlan are trademarks of Varian Medical Systems, Inc. The names of other companies and products mentioned herein are used for identification purposes only and may be trademarks or registered trademarks of their respective owners.

RAD 10197B                                                                                    7/2014 (5M)