# **EXHIBIT J**



## RAPIDPLAN KNOWLEDGE-BASED PLANNING
### Global Knowledge Sharing



RapidPlan™ knowledge-based planning opens the door to the next generation of individualized treatment planning by giving clinicians the confidence to treat a wide range of cancer types using knowledge-based planning.

The power of RapidPlan lies within its innovative software that leverages existing clinical knowledge to create quality plans, quickly and consistently. By providing access to preconfigured dose volume histogram (DVH) estimation models created by renowned international academic institutions, RapidPlan can allow clinics to reduce variability in treatment planning to achieve greater consistency, efficiency and quality in patient care.

Using patient-specific anatomy and prescription information, RapidPlan provides estimated DVHs that may be used as guidance for determining a personalized starting point for intensity-modulated radiation therapy (IMRT) and volumetric modulated arc therapy (VMAT). Additionally, clinics may create their own DVH estimation models to reflect preferred treatment methodologies and protocols.

### KEY BENEFITS FOR THE...



**IMRT NOVICE**
Increase confidence and improve quality using guidelines from leading institutions



**IMRT EXPERT**
Increase consistency and reduce variability by benchmarking against prior clinical practice



**HEALTH NETWORK**
Evaluate against clinical standards to promote best practices implementation



**BUSY CLINIC**
Increase efficiency by reducing the number of interactions between dosimetrist and oncologist

Moving beyond static templates, DVH estimation models are powerful dynamic tools that adapt and evolve to meet the unique planning needs of each individual clinic. This allows treatment plans to be personalized while processes are standardized. By limiting variability and potentially reducing planning time, RapidPlan can bring about consistency in the standard of care while providing truly individualized patient care.

**Key features**

- Pre-loaded DVH estimation models from leading academic institutions
- Full access to DVH Estimation Model configuration allowing sites to create institution-specific models
- The ability to export and import DVH estimation models



RapidPlan DVH estimate for a three-target PTV of the pharynx

*"Part of the Eclipse™ treatment planning system knowledge-based solutions offerings*



**VARIAN** medical systems | A partner for **life**

| USA, Corporate Headquarters and Manufacturer | EMEA, CIS and India Headquarters | Latin American Headquarters | Asia Pacific Headquarters | Australian Headquarters |
|---|---|---|---|---|
| Varian Medical Systems Palo Alto, CA Tel. 650.493.4000 varian.com | Varian Medical Systems International AG Cham, Switzerland Tel. 41.41.749.88.44 | Varian Medical Systems Brasil Ltda. São Paulo, Brazil Tel. 55.11.3457.2655 | Varian Medical Systems Pacific, Inc. Kowloon, Hong Kong Tel. 852.2724.2836 | Varian Medical Systems Australasia Pty Ltd. Sydney, Australia Tel. 61.2.9485.0111 |

Not all features or products are available in all markets.

**Intended Use Summary**
RapidPlan knowledge-based planning and its models are not intended to replace clinical decisions, provide medical advice or endorse any particular radiation plan or treatment procedure. The patient's medical professionals are solely responsible for and must rely on their professional clinical judgment when deciding how to plan and provide radiation therapy.

**Safety**
Radiation treatments may cause side effects, which, in some cases, may be serious. Severity can vary depending on the part of the body being treated. Side effects are related to the type of treatments delivered and should be discussed between the clinician and the patient.

© 2013, 2015 Varian Medical Systems, Inc. All rights reserved. Varian and Varian Medical Systems are registered trademarks, and Eclipse and RapidPlan are trademarks of Varian Medical Systems, Inc. All other trademarks are the property of their respective owners.

RAD 10306C                                                                                                                                              05/2015