# **EXHIBIT K**

VAR**I**AN
medical systems

RAPIDARC | Radiotherapy and Radiosurgery



# FASTER.
# SHARPER.
# SMARTER.*

**It's true for the latest generation of RapidArc® technology, and it can be true for your clinic.**

The oncology landscape has shifted—now there's an opportunity to treat cancer with more advanced techniques. RapidArc radiotherapy technology makes it possible to deliver integrated and personalized treatments with speed and precision. Integrate it with the Eclipse™ treatment planning system and create sophisticated plans based on automated suggestions and other intelligent features—all of which create the right circumstances to benefit your oncology practice. A technological step forward, RapidArc represents a chance to introduce new efficiencies into the entire treatment process for a variety of delivery platforms—including the Clinac® iX linear accelerator, the Trilogy® system and the TrueBeam™ system. With the power of RapidArc, one system can now deliver more for your patients and more for your practice.

*Compared to prior versions of RapidArc. Data on file, Varian Medical Systems, Inc., 2012.*

# INCREASE TREATMENT SPEED AND
# SET YOUR ENTIRE CLINIC IN MOTION.



Treat a variety of cancers fast with RapidArc radiotherapy technology. RapidArc delivers precise dose distribution and clinical treatment objectives in a fraction of the typical time, often in just a few minutes. You can create and deliver conventionally fractionated to hypofractionated and even SRS plans with efficiency, and take your treatments closer to optimal delivery.

**Multiple lesions, one isocenter**

Specific capabilities within RapidArc allow clinicians to plan for multiple lesions and challenging treatments while optimizing planning time. Single isocenter treatments can simplify treatment planning, may expedite patient setup and can significantly reduce the time a patient spends on the treatment couch.

**Simplify planning**

RapidArc makes a multidisciplinary approach to planning a reality. Surgeons, oncologists, dosimetrists and physicists can collaborate in real time during plan optimization and creation, and interact with the system to personalize treatment plans with efficiency.



# FOCUS ON PRECISION.



Zero in on accuracy, and open up more possibilities to treat challenging cases. RapidArc is a volumetric arc therapy that delivers a precisely sculpted dose distribution. Treatments can be delivered in single, multiple and non-coplanar arc segments, depending on the clinical case. The optimization algorithm of RapidArc adjusts not only the treatment aperture, but also the rotational speed of the gantry and the delivery dose rate. These adjustments work to maximize tumor control while minimizing dose to surrounding healthy tissue.



**Multiple spine metastases stereotactic treatment plan** 
showing a homogeneous dose distribution for the S1
lesion while achieving a conformality index of 1 for the
T11 lesion. The plan delivers the same prescription dose
to the target while maintaining RTOG prescribed limits
to surrounding structures.



# PLAN FOR SIMPLICITY.

Intelligent RapidArc planning tools provide an easy and more streamlined planning process for clinicians. Improve optimization results and reduce time spent on treatment planning with the following features:





ARC GEOMETRY TOOL

→ Make decisions fast and improve the precision of RapidArc treatments with the Arc Geometry Tool. The Arc Geometry Tool suggests an optimal arc placement, taking into account tumor size and location, as well as specific accelerator parameters.



AVOIDANCE SECTORS TOOL

→ With Avoidance Sectors, multiple partial arcs can be avoided for faster treatment delivery. RapidArc delivers treatment in one large arc, while avoiding designated areas, by turning off the beam during rotation.





PLANNING OBJECTIVE TEMPLATES

→ Save time by storing planning
   objectives in templates, then
   recalling them for the next
   similar patient.



RAPIDARC VERIFICATION PLAN

→ Use either portal dosimetry or
   phantoms to verify the RapidArc
   treatment plan and ensure accurate
   plan quality and treatment delivery
   to the patient. Split arcs into
   multiple partial arcs for convenient
   planning QA.



UPGRADE THE QUALITY OF YOUR CARE,
AND HOW IT'S RECEIVED.



RapidArc offers the chance to enhance the patient experience across multiple delivery platforms. Improved treatment planning creates the opportunity for improving how a patient receives treatment. Benefits such as shorter treatment times and minimized damage to healthy tissue can lessen the interruption to their daily lives. Whether patients have commonly occurring cancers or more demanding cases, RapidArc offers flexible treatment choices for community centers and large hospitals around the world. As RapidArc opens up more possibilities for clinicians, it also provides more options for patients.

# CLINICAL CASES.

RapidArc offers the speed and quality of treatment to apply to many different cancer types. With a broad range of innovative techniques, clinicians can tailor RapidArc to specific patient needs.



## RADIATION THERAPY



**MEDULLOBLASTOMA**
4 ARCS, 3 ISOCENTERS,
296 SEC



**NASOPHARYNX**
1 ARC, 79 SEC



**PROPHYLACTIC CRANIAL
IRRADIATION WITH
HIPPOCAMPUS SPARING**
2 ARCS, 155 SEC

## STEREOTACTIC RADIOSURGERY



**ARTERIOVENOUS
MALFORMATIONS (AVM)**
2 PARTIAL ARCS, 250 SEC



**CHORDOMA**
1 ARC, 74 SEC

## STEREOTACTIC BODY RADIATION THERAPY



**PANCREAS**
1 ARC, 74 SEC



**LIVER**
1 PARTIAL ARC, 112 SEC



**HODGKIN'S LYMPHOMA**
2 ARCS, 148 SEC



**CERVIX UTERI**
1 ARC, 74 SEC



**SKULL SKIN IRRADIATION**
1 ARC, 100 SEC



**GLIOBLASTOMA**
2 ARCS, 150 SEC



**BILATERAL BREAST**
2 ARCS, 150 SEC



**PROSTATE**
1 ARC, 75 SEC



**VERTEBRAE**
1 ARC, 60 SEC



**PARASPINAL LESION**
1 ARC, 215 SEC



**BRAIN SRS
MULTIPLE METASTASES**
3 NON-COPLANAR ARCS, 330 SEC



**TWO LUNG LESIONS**
2 PARTIAL ARCS, 92 SEC



**NON-SMALL CELL LUNG**
2 ARCS, 210 SEC

# AN ELEMENT OF TREATMENT THAT BECOMES AN ELEMENT OF CHANGE.

Your clinic has the power to keep pace with ever-changing clinical demands—all you need are the right elements. Like the speed to deliver treatment in a fraction of the typical time. The flexibility to open up more possibilities in treatment. The simplicity to streamline treatment and planning. The chance to improve the patient experience. The seamless integration that comes from the Varian advantage. With these breakthroughs, RapidArc makes it possible to offer more treatments to more patients, and make more of your clinic.

**Working together to treat cancer**

Varian Medical Systems has been a pioneer in the field of oncology for over 60 years. During this time, we introduced innovative treatment techniques, equipment and software that have been used to treat tens of thousands of cancer patients worldwide. Today we offer products and services that integrate into the complete treatment process, so anyone involved in fighting cancer can unite against this disease.

For more information, contact your sales representative or visit varian.com/rapidarc



RAPIDARC | Radiotherapy and Radiosurgery

**USA Headquarters**

California
Varian Medical Systems
Palo Alto, CA

Tel: 650.424.5700
      800.544.4636

varian.com/rapidarc

**USA Regional Offices**

**California**
Varian Medical Systems
Corona, CA
Tel: 951.280.4401

**Georgia**
Varian Medical Systems
Marietta, GA
Tel: 770.955.1367

**European Headquarters**

**Switzerland**
Varian Medical Systems
International AG
Zug, Switzerland
Tel: 41.41.749.88.44

**Austria**
Varian Medical Systems
Gesellschaft m.b.H.
Brunn am Gebirge, Austria
Tel: 43.1.698.56.56

**Belgium**
Varian Medical Systems
Belgium N.V./S.A.
Diegem, Belgium
Tel: 32.2.720.10.08

**Finland**
Varian Medical Systems
Finland Oy
Helsinki, Finland
Tel: 358.9.430.771

**France**
Varian Medical Systems
France
Buc, France
Tel: 33.1.30.83.83.83

**Germany**
Varian Medical Systems
Deutschland GmbH
Darmstadt, Germany
Tel: 49.61.51.7313.0

**India**
Varian Medical Systems
India Pvt Ltd.
Chennai Branch, India
Tel: 91.44.4900.5000

Varian Medical Systems
India Pvt Ltd.
Mumbai, India
Tel: 91.22.6785.2252

Varian Medical Systems
India Pvt Ltd.
Delhi Branch, India
Tel: 91.11.4316.2102

**Italy**
Varian Medical Systems
Italia, S.p.A.
Milano, Italy
Tel: 39.02.921.351

**Hungary**
Varian Medical Systems
Hungary Kft
Budapest, Hungary
Tel: 36.1.361.68.82

**The Netherlands**
Varian Medical Systems
Nederland B.V.
Houten, The Netherlands
Tel: 31.30.634.0506

**Scandinavia**
Varian Medical Systems
Scandinavia A/S
Herlev, Denmark
Tel: 45.44.500.100

**Spain**
Varian Medical Systems
Ibérica, S.L.
Madrid, Spain
Tel: 34.91.33.44.800

**United Kingdom**
Varian Medical Systems
UK Ltd.
Crawley, UK
Tel: 44.1293.601.200

**Asian Headquarters**

**Hong Kong**
Varian Medical Systems
Pacific, Inc.
Kowloon, Hong Kong
Tel: 85.22.724.2836

**China**
Varian Medical Systems
China Ltd.
Beijing, China
Tel: 86.10.8785.8960

**Japan**
Varian Medical Systems K.K.
Chuo-ku, Tokyo, Japan
Tel: 81.3.3639.9700

**Australian Headquarters**

**Australia**
Varian Medical Systems
Australasia Pty Ltd.
Sydney, Australia
Tel: 61.2.9485.0111

**Latin American Headquarters**

**Brazil**
Varian Medical Systems
Brasil Ltda.
São Paulo, Brazil
Tel: 55.11.3457.2655

© 2012 Varian Medical Systems, Inc. All rights reserved.
Varian, Varian Medical Systems, Clinac, Trilogy and RapidArc are registered trademarks, and Eclipse and TrueBeam are trademarks of Varian Medical Systems, Inc. The names of other companies and products mentioned herein are used for identification purposes only and may be trademarks or registered trademarks of their respective owners.