# **EXHIBIT Q**







## HALCYON

An innovative new platform built to transform the way the world thinks about treating cancer.

Together with our customers, we've led radiotherapy innovation for years. Now, with Halcyon™ radiotherapy system—the newest treatment platform in the Varian portfolio—we're helping create radiotherapy's future.

HIGH QUALITY OF CARE

OPERATIONAL EXCELLENCE

HUMAN-CENTERED DESIGN

---

**FOUNDATIONS OF THE HALCYON PLATFORM**

In creating transformative radiotherapy treatment, we wanted an advanced system that would optimize your productivity, elevate the way you're able to treat patients, and enable access to high quality care for every cancer center around the world.

The result is a powerfully intuitive treatment system that's centered around three crucial themes to help improve and strengthen your fight against cancer.

To increase your level of quality care, we set the bar higher.

# HIGH QUALITY OF CARE

Simple, efficient, and purposeful, Halcyon offers the potential to replicate treatment from machine to machine, practice to practice—putting patients and staff more at ease and delivering a high standard of care. Its advanced design is optimized to deliver quality cancer therapies for every appropriate patient, and every care center around the world.

HIGH QUALITY OF CARE



## POTENTIAL BENEFITS

### CORE TECHNOLOGIES ENABLE EXCELLENT QUALITY TREATMENTS

System capabilities allow for advanced techniques such as Multi-arc VMAT, Many-field IMRT

Powerful 800 MU/min dose rate, 6MV, Flattening Filter Free (FFF) beam

A gantry that rotates up to four times faster

Collimator rotation between fields enhances treatment conformity

### NEW GENERATION MLC

A fast leaf speed of up to 5cm/sec that's specifically engineered to support the faster gantry rotation

Dual-layer offset leaf technology with 100% overtravel capability enables more efficient treatments

"Stacked and staggered" approach provides optimized modulation and reduced interleaf leakage

### 100% IMAGE GUIDANCE (IGRT), IMRT, VMAT

Fast, sharp, ~15-second CBCT image capture; 7 seconds for a 2-D image

100% image guidance enables consistent & confident workflow

Imaging dose is included in the treatment plan

Halcyon changes everything.

# OPERATIONAL EXCELLENCE

Varian has designed a leading-edge radiotherapy treatment system that sets a new standard for operational efficiency. Halcyon's advanced yet simplified platform allows you to streamline your workflow and expedite installation, training and treatment times. It also offers the opportunity to reduce costs and improve profitability. Every component was conceived and engineered to provide operational excellence.



OPERATIONAL EXCELLENCE

# POTENTIAL BENEFITS

## FAST TO CLINICAL USE

Fast installation typically in 14 days or less minimizes disruption of your clinic

Simplified treatment process allows for easier staff training to help get your department up and running in less time

Typically fits in existing and smaller vaults

## ACCELERATED TREATMENT TIMES

Accomodates a high volume of patients

Streamlined process: 9 steps from start to finish

Beam-on time typically about 2 minutes whether RapidArc™ or IMRT

Simplified user interfaces make sophisticated treatments easy to deliver

## SMART, ROBUST OPERABILITY

6-point safety system provides confidence

Ergonomic controls designed for easy set-up of patients

Engaging, user-friendly design focuses attention on specific tasks

HALCYON



More intuitive design for cancer fighters. Less intimidating for patients.

# HUMAN-CENTERED DESIGN

Halcyon is engineered ergonomically to be intuitive, friendly, and comfortable for clinical staff and patients alike. This human-centered approach means there are fewer parts and protocols for staff to worry about, more time freed up to advance clinical capabilities, and most importantly, more opportunities to provide the highest level of care for every patient.



HUMAN-CENTERED DESIGN

## POTENTIAL BENEFITS

### ENHANCED PATIENT CONNECTION

Integrated couch-mounted camera enables close connection with patient

Clear patient intercom with input jack for in-room music

Large "LiveView" patient video image embedded in treatment screen

### SPACIOUS OPEN-BORE DESIGN

Roomy and patient-friendly design

Wide 100cm bore; shallow 75cm bore depth

Soft, ambient lighting provides positive, reassuring patient experience

### PATIENT-CENTRIC COUCH

Low height, easy access, and smooth couch movement

Remote start of unload upon treatment completion to minimize patient time on the couch

Our quietest linear accelerator yet; potential to lower patient stress level

Rapid imaging and treatment duration to limit time on couch for patient

New linear motor design for shifting patients smoothly and quietly

# HALCYON

In developing Halcyon, we set out to rethink the way we approached radiotherapy so you can redefine the way you fight cancer.

We considered all the possibilities—and the impossibilities—to design a patient-centered radiotherapy treatment platform that's focused on the essentials your clinic needs to deliver a high quality of care.

Every single component, innovation, and minute detail has been designed, engineered, tested, re-tested, and then seamlessly integrated to work together in perfect harmony.

**WE CAN'T WAIT TO SEE WHAT YOU ACHIEVE.**

Inclusion of features depends on the purchased configuration. Please consult your Varian representative for more information.



# varian

# HALCYON

## USA, Corporate Headquarters and Manufacturer

California
Varian Medical Systems
Palo Alto, CA

Tel: 650.493.4000
800.544.4636
Fax: 650.493.5637

varian.com

## USA Regional Offices

California
Varian Medical Systems
Corona, CA
Tel: 951.280.4401

Georgia
Varian Medical Systems
Marietta, GA
Tel: 770.955.1367

## EMEIA and CIS Headquarters

Switzerland
Varian Medical Systems
International AG
Cham, Switzerland
Tel: 41.41.749.88.44

Algeria
Varian Medical Systems
Algeria Spa
Algiers, Algeria
Tel: 213.21.98.22.22

Austria
Varian Medical Systems
Gesellschaft m.b.H.
Brunn am Gebirge, Austria
Tel: 43.2236.377.196

Belgium
Varian Medical Systems
Belgium N.V./S.A.
Diegem, Belgium
Tel: 32.2.720.10.08

Finland
Varian Medical Systems
Finland Oy
Helsinki, Finland
Tel: 358.9.430.771

France
Varian Medical Systems France
Buc, France
Tel: 33.1.30.83.83.83

Germany
Varian Medical Systems
Deutschland GmbH
Darmstadt, Germany
Tel: 49.61.51.73.13.300

Hungary
Varian Medical Systems
Hungary Kft
Budapest, Hungary
Tel: 361.501.2600

India
Varian Medical Systems
International India Pvt. Ltd.,
Mumbai, India
Tel: 91.22.6785.2252

Varian Medical Systems
International India Pvt. Ltd.
Chennai Branch, India
Tel: 91.44.4900.5000

Varian Medical Systems
International India Pvt. Ltd.
Delhi Branch, India
Tel: 91.11.3019.4403

Italy
Varian Medical Systems
Italia, Spa
Cernusco sul
Naviglio (MI), Italy
Tel: 39.02.921.351

The Netherlands
Varian Medical Systems
Nederland B.V.
Houten, The Netherlands
Tel: 31.30.634.05.06

Poland
Varian Medical Systems
Poland sp. z o.o.
Warszawa, Poland
Tel: 48.22.54.89.200

Russia
Varian Medical Systems
(RUS) LLC
Moscow, Russia
Tel: 7.495.604.44.23/24

Saudi Arabia
Varian Medical Systems
Arabia Commercial Ltd.
Riyadh, Saudi Arabia
Tel: 966.11.511.7070

Scandinavia
Varian Medical Systems
Scandinavia A/S
Herlev, Denmark
Tel: 45.44.500.100

South Africa
Varian Medical Systems
Africa Pty Ltd.
Midrand 2090, South Africa
Tel: 2710.005.5921

Spain/Portugal
Varian Medical Systems
Ibérica S.L.
Alcobendas (Madrid), Spain
Tel: 34.91.33.44.800

United Arab Emirates
Varian Medical Systems
International AG
Dubai, United Arab Emirates
Tel: 971.4.279.0600

United Kingdom/Ireland
Authorized Representative in the EU
Varian Medical Systems
UK Ltd.
Crawley, UK
Tel: 44.1293.601.200

## Asia Pacific Headquarters

Hong Kong
Varian Medical Systems Pacific, Inc.
Kowloon, Hong Kong
Tel: 852.2724.2836

China
Varian Medical Systems
China Co. Ltd.
Beijing, China
Tel: 86.10.8785.8785

Japan
Varian Medical Systems K.K.
Chuo-ku, Tokyo, Japan
Tel: 813.4486.5010

## Australasian Headquarters

Varian Medical Systems
Australasia Pty Ltd.
Sydney, Australia
Tel: 61.2.9485.0111

## Latin American Headquarters

Brazil
Varian Medical Systems
Brasil Ltda.
São Paulo, Brasil
Tel: 55.11.3457.2655

## Intended Use Summary

Varian Medical Systems' linear accelerators are intended to provide stereotactic radiosurgery and precision radiotherapy for lesions, tumors, and conditions anywhere in the body where radiation treatment is indicated.

## Safety

Radiation treatments may cause side effects that can vary depending on the part of the body being treated. The most frequent ones are typically temporary and may include, but are not limited to, irritation to the respiratory, digestive, urinary or reproductive systems, fatigue, nausea, skin irritation, and hair loss. In some patients, they can be severe. Treatment sessions may vary in complexity and time. Radiation treatment is not appropriate for all cancers.

## DISCLAIMERS

Devices or features presented in this brochure may not be available for sale in all markets. Specifications and features subject to change without notice.

© 2017 Varian Medical Systems, Inc. All rights reserved.
Varian and Varian Medical Systems are registered trademarks and Halcyon and RapidArc area trademarks of Varian Medical Systems, Inc. The names of other companies and products mentioned herein are used for identification purposes only and may be trademarks or registered trademarks of their respective owners.

RAD 10443B

09/2017

