# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONFLUENT SURGICAL, INC., INTEGRA LIFESCIENCES CORPORATION AND INTEGRA LIFESCIENCES SALES LLC, | ) ) ) |
| | ) |
| Plaintiffs, | ) ) |
| | ) |
| v. | ) C.A. No. 17-688 (LPS) (CJB) |
| | ) |
| HYPERBRANCH MEDICAL TECHNOLOGY, INC., | ) ) |
| | ) |
| Defendant. | ) |

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Order for the present matter (D.I. 30 and Oral Order of October 30, 2017) as modified (*see* D.I. 62), Plaintiffs Confluent Surgical, Inc., Integra LifeSciences Corporation, and Integra LifeSciences Sales LLC, (collectively "Integra" or "Plaintiffs") and Defendant HyperBranch Medical Technology, Inc. ("Defendant") filed a joint claim construction chart on July 30, 2018 (D.I. 72). In that submission, the parties identified the disputed and agreed terms for construction found within U.S. Patent Nos. 9,517,478 ("the '478 patent"), 8,210,453 ("the '453 patent"), U.S. Patent No. 8,876,021 ("the '021 patent"), 8,033,483 ("the '483 patent), 8,616,469 ("the '468 patent"), U.S. Patent No. 9,101,946 ("the '946 patent"), and U.S. Patent No. 9,700,290 ("the '290 patent (collectively, the "patents-in-suit"). Because of the number of terms in dispute and to provide a more efficient process for the resolution of material disputes regarding the scope of the claims, the parties have identified a set of prioritized terms that the parties believe should be construed by the Court as part of the formal claim construction schedule, reserving the disputes on the remaining disputed terms for resolution later in the case (if such additional construction by the Court remains necessary). The terms for which

the parties are seeking construction as part of the formal claim construction schedule (the "Prioritized Terms"), the disputed terms that the parties have reserved (the "Reserved Terms"), and the terms upon which the parties have reached agreement (the "Agreed Upon Terms") are provided in the tables attached to this Amended Joint Claim Construction Statement.

YOUNG CONAWAY STARGATT & TAYLOR LLP

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen L. Pascale

Karen L. Pascale (#2903)
James L. Higgins (#5021)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Confluent Surgical, Inc.,
Integra LifeSciences Corporation, and
Integra LifeSciences Sales LLC*

/s/ Jeremy A. Tigan

Thomas C. Grimm (#1098)
Jeremy A. Tigan (#5239)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
jtigan@mnat.com
skraftschik@mnat.com

*Attorneys for HyperBranch
Medical Technology, Inc.*

August 10, 2018
12118387

**Prioritized Terms**: Claim Terms For Which There is No Agreement
and Construction is Sought as Part of The Formal Claim Construction Schedule[1]

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2],[3] |
|---|---|---|---|
| "elongated portion" | '478 Patent, Claims 1-3 and 5<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5 and 7 | **Plaintiffs' Proposed Construction**<br>structure of the spray applicator extending between the connector and the applicator tip<br><br>**Defendant's Proposed Construction**<br>This term is indefinite. If it is not indefinite, the term should be given the following construction:<br><br>"a part of an applicator that is longer in the longitudinal dimension than in the dimensions perpendicular to the longitudinal axis" | **Plaintiffs' Intrinsic Evidence**<br>'453 Patent – 1:53-59; 2:8-15, 2:65-3:4; 3::24-35; 3:49-56; 6:15-26; FIGS. 1, 3, 4 (Element 30)<br><br>**Defendant's Intrinsic Evidence**<br>The claims reciting this term;<br><br>'453 Patent specification at 1:24-2:15, 2:62-3:4, 3:24-4:5, 4:49-52, 5:34-39, Figs. 1, 3, 4, 10, 13A-13C, 14<br><br>'483 Patent specification at 1:42-62, 2:66-3:45, 4:4-13, 4:49-65, 5:11-20, 5:23-29, 5:40-44, Figs. 1- |

---

[1]   The order of the terms as set forth within the chart does not reflect a prioritization of the individual terms in dispute.

[2]   Plaintiffs' specific identification of supporting intrinsic evidence from the specification currently identifies of portions of the specification for the '453 and '483 patents. As the other patents-in-suit are continuations of one of either the '453 or '483 patents (specifically the '468, '946, '478, and '290 Patents are continuations of the '453 patent and the '021 Patent is a continuation of the '483 Patent), they have the same substance in their specification although it may occur at a different column and line number in the remaining patents-in-suit and those same substantive portions of the remaining patents-in-suit are incorporated by reference. Additionally, Plaintiffs specific identification of supporting intrinsic evidence includes the claims in the patents-in-suit in which the language of the claim term is present.

[3]   For efficiency, clarity, and convenience, Defendant's citations to the common specification shared by asserted patent numbers 8,240,453, 8,616,468, 9,101,946, 9,517,478, and 9,700,290 are to the column and line numbers of the '453 patent. For efficiency, clarity, and convenience, Defendant's citations to the common specification shared by asserted patent numbers 8,033,483 and 8,876,021 are to the column and line numbers of the '483 patent.

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| | | | 3, 7-9 <br><br> '453 Patent file history: 06/15/2011 Office Action at INT20000351-59, INT20000364-65; 09/13/2011 Amendments and Remarks at INT20000366-72 |
| "cylindrical member" | '021 Patent, Claims 14 and 15 <br><br> '483 Patent, Claims 19 and 21 | **Plaintiffs' Proposed Construction** <br><br> component having straight walls and circular or oval ends <br><br> **Defendant's Proposed Construction** <br><br> the insert includes a structure having a shape consisting of parallel lateral sides and a circular or oval cross section | **Plaintiffs' Intrinsic Evidence** <br><br> '483 Patent – 1:65-2:7; 4:8-26, 32-34; FIGS. 3-6 (Element 40) <br><br> **Defendant's Intrinsic Evidence** <br><br> The claims reciting this term; <br><br> '483 Patent specification at 2:5-7, 3:39-45, 4:4-26, 4:39-43, 5:30-33, Figs. 1, 3-6, 9-10 |
| "outer diameter of the insert is uniform" | '021 Patent, Claims 14 and 15 | **Plaintiffs' Proposed Construction** <br><br> the outer surface of the insert has the same shape along its length <br><br> **Defendant's Proposed Construction** <br><br> This term is indefinite. If it is not indefinite, the term should be given the following construction: <br><br> "the outer diameter of the insert does not change along the entire longitudinal length of the insert" | **Plaintiffs' Intrinsic Evidence** <br><br> '483 Patent – 1:65-2:7; 4:8-26, 32-34; 4:45-5:10; FIGS. 3-6 (Element 40) <br><br> **Defendant's Intrinsic Evidence** <br><br> The claims reciting this term; <br><br> '483 Patent specification at Abstract, 1:42-61, 2:5-7, 3:39-45, 4:4-26, 4:39-43, 5:30-33, Figs. 1, 3-6, 9-10 |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| "inner shaft" | '478 Patent, Claim 5<br>'290 Patent, Claim 5<br>'946 Patent, Claims 1-3, 5, and 7<br>'468 Patent, Claims 1-2, 4-5 and 7 | **Plaintiffs' Proposed Construction**<br>structure containing lumens within the outer sleeve<br>**Defendant's Proposed Construction**<br>a long, narrow body contained within another distinct structure | **Plaintiffs' Intrinsic Evidence**<br>'453 Patent – 3:26-44; 3:45-59; 6:15-26; FIGS. 5-9 (Element 40)<br>Office Action of February 8, 2013, pg. 7<br>**Defendant's Intrinsic Evidence**<br>The claims reciting this term;<br>'453 Patent specification at 3:24-4:5, 4:17-19, 4:66-5:16, Figs. 1, 3-8 |
| "outer sleeve" | '478 Patent, Claim 5<br>'290 Patent, Claim 5<br>'946 Patent, Claims 1-3, 5, and 7<br>'468 Patent, Claims 1-2, 4-5 and 7 | **Plaintiffs' Proposed Construction**<br>an outer surface of the elongated body portion surrounding the inner shaft<br>**Defendant's Proposed Construction**<br>No construction necessary. If construction is necessary:<br>"the outermost tube or tube-like part fitting over or around the inner shaft" | **Plaintiffs' Intrinsic Evidence**<br>'453 Patent – 3:31-38; 3:59-61; 6:15-26; FIGS. 5-9 (Element 50)<br>**Defendant's Intrinsic Evidence**<br>The claims reciting this term;<br>'453 Patent specification at 3:24-4:5, 4:66-5:16, Figs. 1, 3-7 |
| "vent lumen" | '946 Patent, Claims 1-3, 5, and 7<br>'468 Patent, Claims 1-2, 4-5 and 7 | **Plaintiffs' Proposed Construction**<br>a passageway for air or fluid extending along the elongated portion between the inner shaft and outer sleeve<br>**Defendant's Proposed Construction** | **Plaintiffs' Intrinsic Evidence**<br>'453 Patent -- 3:31-44; 3:59-61; 6:15-26; FIG 6 (Element 46);<br>Office Action of February 8, 2013, pg. 7 |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2],[3] |
|---|---|---|---|
| | | a passageway or cavity within a hollow body designed to release or discharge excess gas pressure at a surgical site to the open atmosphere by providing fluid communication between at least two external openings. An "air lumen" is not a "vent lumen." | **Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 1:42-62, 3:24-48, 3:59-61, 4:17-19, 5:5-16, Figs. 3, 4, 6;<br><br>'468 Patent file history 02/08/2013 Office Action at INT20000598-601; 07/23/2013 Amendments and Remarks at INT20000643-52<br><br>'946 Patent file history 12/29/2014 Amendments and Remarks at INT20001038-45 |
| "a source of pressurized air" | '478 Patent, Claims 1-3 and 5-9<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5, and 7 | **Plaintiffs' Proposed Construction**<br><br>structure which provides pressurized air<br><br>**Defendant's Proposed Construction**<br><br>a container that supplies air/fluid that has been brought to and maintained at an elevated pressure above ambient pressure | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – Abstract; 1:42-53; 1:64-2:1; 2:8-15; 3:5-30; 5:5-14; 6:15-26; FIG. 2-4 (Element 26)<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at Abstract, 3:5-10, 1:42-2:15, 3:5-30, 4:66-5:10, 6:24-26 |
| "a source of pressurized fluid" | '453 Patent, Claims 1, 2, and 4 | **Plaintiffs' Proposed Construction**<br><br>structure which provides pressurized fluid | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – Abstract; 1:42-53; 1:64-2:1; 2:8-15; 3:5-30; 5:5-14; |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| | | **Defendant's Proposed Construction**<br><br>a container that supplies air/fluid that has been brought to and maintained at an elevated pressure above ambient pressure | 6:15-26; FIGS. 2-4 (Element 26)<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at Abstract, 3:5-10, 1:42-2:15, 3:5-30, 4:66-5:10, 6:24-26 |
| "elongated" | '478 Patent, Claims 1-3 and 5<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5, and 7<br><br>'468 Patent, Claims 1-2, 4-5 and 7<br><br>'453 Patent, Claims 1, 2, and 4<br><br>'483 Patent, Claims 19 and 21 | **Plaintiffs' Proposed Construction**<br><br>extended<br><br>**Defendant's Proposed Construction**<br><br>longer in the longitudinal dimension than in the dimensions perpendicular to the longitudinal axis | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – 1:53-60; 2:8-15; 2:65-3:4; 3:24-35; 3:49-56; 6:15-26; FIGS. 1, 3, and 4<br><br>'483 Patent – Abstract; 1:43-53; 2:15-21; 3:1-7; 3:24-40; 4:49-65; 5:15-22; 5:24-29; 5:51-56; FIGS. 1, 7-9<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 1:24-2:15, 2:62-3:4, 3:24-4:5, 4:49-52, 5:34-39, Figs. 1, 3, 4, 10, 13A-13C, 14<br><br>'483 Patent specification at 1:42-62, 2:66-3:45, 4:4-13, 4:49-65, 5:11-20, 5:23-29, 5:40-44, Figs. 1-3, 7-9<br><br>'453 Patent file history: |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| | | | 06/15/2011 Office Action at INT20000351-59, INT20000364-65; 09/13/2011 Amendments and Remarks at INT20000366-72 |
| "elongated member" | '468 Patent, Claims 1-2, 4-5 and 7  '453 Patent, Claims 1, 2, and 4 | **Plaintiffs' Proposed Construction**  structure of the spray applicator extending between the connector and applicator tip  **Defendant's Proposed Construction**  a part of an applicator that is longer in the longitudinal dimension than in the dimensions perpendicular to the longitudinal axis | **Plaintiffs' Intrinsic Evidence**  '453 Patent – 1:53-60; 2:8-15; 2:65-3:4; 3:24-35; 3:49-56; 6:15-26; FIGS. 1, 3, 4 (Element 30)  **Defendant's Intrinsic Evidence**  The claims reciting this term;  '453 Patent specification at 1:24-2:15, 2:62-3:4, 3:24-4:5, 4:49-52, 5:34-39, Figs. 1, 3, 4, 10, 13A-13C, 14  '483 Patent specification at 1:42-62, 2:66-3:45, 4:4-13, 4:49-65, 5:11-20, 5:23-29, 5:40-44, Figs. 1-3, 7-9  '453 Patent file history: 06/15/2011 Office Action at INT20000351-59, INT20000364-65; 09/13/2011 Amendments and Remarks at INT20000366-72 |
| "elongated shaft" | '483 Patent, Claims 19 and 21 | **Plaintiffs' Proposed Construction**  structure containing lumens extending | **Plaintiffs' Intrinsic Evidence**  '483 Patent – Abstract; 1:43-50; 3:24-4:04; 5:11-44; 5:51-56; FIG. |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| | | distally to the applicator tip | 1, 7-10 (Element 30, 130) |
| | | **Defendant's Proposed Construction** | **Defendant's Intrinsic Evidence** |
| | | a long, narrow body that is longer in the longitudinal dimension than in the dimensions perpendicular to the longitudinal axis | The claims reciting this term; |
| | | | '453 Patent specification at 1:24-2:15, 2:62-3:4, 3:24-4:5, 4:49-52, 5:34-39, Figs. 1, 3, 4, 10, 13A-13C, 14 |
| | | | '483 Patent specification at 1:42-62, 2:66-3:45, 4:4-13, 4:49-65, 5:11-20, 5:23-29, 5:40-44, Figs. 1-3, 7-9 |
| | | | '453 Patent file history: 06/15/2011 Office Action at INT20000351-59, INT20000364-65; 09/13/2011 Amendments and Remarks at INT20000366-72 |
| "elongated portion extending distally from the connector portion" | '478 Patent, Claims 1-3 and 5<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5, and 7 | **Plaintiffs' Proposed Construction**<br><br>structure of the spray applicator extending from the connector in a direction away from the source of component<br><br>**Defendant's Proposed Construction**<br><br>This term is indefinite. If it is not indefinite, the term should be given the following construction:<br><br>"a part of an applicator distinct from the | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – 1:53-60; 2:8-15; 2:65-3:4; 3:24-35; 3:49-56; 6:15-26; FIGS. 1, 3, 4 (Element 30)<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 1:24-2:15, 2:62-3:4, 3:24-4:5, 4:49-52, 5:34-39, Figs. 1, 3, 4, 10, 13A- |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| | | connector that is longer in the longitudinal dimension than in the dimensions perpendicular to the longitudinal axis and extends distally away from the connector along its longitudinal axis" | 13C, 14<br><br>'483 Patent specification at 1:42-62, 2:66-3:45, 4:4-13, 4:49-65, 5:11-20, 5:23-29, 5:40-44, Figs. 1-3, 7-9<br><br>'453 Patent file history: 06/15/2011 Office Action at INT20000351-59, INT20000364-65; 09/13/2011 Amendments and Remarks at INT20000366-72 |
| "a connector extending proximally from and operably connected to the body" | '478 Patent, Claim 7 | **Plaintiffs' Proposed Construction**<br><br>structure of the applicator extending toward a source of component and joined with and capable of operating with the structure of the spray applicator defining a lumen<br><br>**Defendant's Proposed Construction**<br><br>This term is indefinite. If it is not indefinite, the term should be given the following construction:<br><br>"a connector joined to the proximal end a distinct body so the joined elements are capable of operation" | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – Abstract; 1:42-46; 1:53-60; 1:65-2:1; 2:8-10; 2:65-3:1; 3:5-30; 3:45-56; 4:66-5:1; 6:15-26; FIGS. 1, 3, 4 (Element 20)<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 1:24-2:15, 2:62-3:4, 3:24-4:5, 4:49-52, 5:34-39, Figs. 1, 3, 4, 10, 13A-13C, 14<br><br>'483 Patent specification at 1:42-62, 2:66-3:45, 4:4-13, 4:49-65, 5:11-20, 5:23-29, 5:40-44, Figs. 1-3, 7-9 |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| | | | '453 Patent file history: 06/15/2011 Office Action at INT20000351-59, INT20000364-65; 09/13/2011 Amendments and Remarks at INT20000366-72 |
| "an elongated member operably connected to and extending distally from the connector" | '468 Patent, Claims 1-2, 4-5 and 7 | **Plaintiffs' Proposed Construction**<br><br>structure of the spray applicator extending between the connector and the applicator tip that extends from the connector in a direction away from the source of component and joined with and capable of operating with the connector<br><br>**Defendant's Proposed Construction**<br><br>This term is indefinite. If it is not indefinite, the term should be given the following construction:<br><br>"a part of an applicator distinct from the connector that is longer in the longitudinal dimension than in the dimensions perpendicular to the longitudinal axis and extends distally away from the connector along its longitudinal axis" | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – 1:53-60; 2:8-15; 2:65-3:4; 3:24-35; 3:49-56; 6:15-26; FIGS. 1, 3, 4 (Element 30)<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 1:24-2:15, 2:62-3:4, 3:24-4:5, 4:49-52, 5:34-39, Figs. 1, 3, 4, 10, 13A-13C, 14<br><br>'483 Patent specification at 1:42-62, 2:66-3:45, 4:4-13, 4:49-65, 5:11-20, 5:23-29, 5:40-44, Figs. 1-3, 7-9<br><br>'453 Patent file history: 06/15/2011 Office Action at INT20000351-59, INT20000364-65; 09/13/2011 Amendments and Remarks at INT20000366-72 |
| "an elongated shaft extending | '483 Patent Claims 19 and 21 | **Plaintiffs' Proposed Construction**<br><br>structure containing lumens extending | **Plaintiffs' Intrinsic Evidence**<br><br>'483 Patent – Abstract; 1:43-50; |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| distally from the manifold" | | distally to the applicator tip from the manifold | 3:24-4:4; 5:11-44; 5:51-56; FIG. 1, 7-10 (Element 30, 130) |
| | | **Defendant's Proposed Construction** | **Defendant's Intrinsic Evidence** |
| | | This term is indefinite. If it is not indefinite, the term should be given the following construction: | The claims reciting this term; |
| | | | '453 Patent specification at 1:24-2:15, 2:62-3:4, 3:24-4:5, 4:49-52, 5:34-39, Figs. 1, 3, 4, 10, 13A-13C, 14 |
| | | "a long, narrow body distinct from the manifold that is longer in the longitudinal dimension than in the dimensions perpendicular to the longitudinal axis and extends distally away from the manifold along its longitudinal axis" | '483 Patent specification at 1:42-62, 2:66-3:45, 4:4-13, 4:49-65, 5:11-20, 5:23-29, 5:40-44, Figs. 1-3, 7-9 |
| | | | '453 Patent file history: 06/15/2011 Office Action at INT20000351-59, INT20000364-65; 09/13/2011 Amendments and Remarks at INT20000366-72 |
| "annular recess" | '478 Patent, Claims 1-3 and 5 '946 Patent, Claims 1-3, 5, and 7 | **Plaintiffs' Proposed Construction** a substantially circular indentation | **Plaintiffs' Intrinsic Evidence** '453 Patent – 4:35-37; 6:15-26; FIGS. 13A-D (Element 81a and 81b) |
| | | **Defendant's Proposed Construction** a recess with a circular or ring-shaped cross section | **Defendant's Intrinsic Evidence** The claims reciting this term; '453 Patent specification at 4:17-61, 5:15-33, 5:46-61, Figs. 10-12, |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| | | | 13A-13D, 14-15 |
| "radially extending slot(s)" / slot(s) | '478 Patent Claims 1-3 and 5-9<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5, and 7<br><br>'468 Patent, Claims 1-2, 4-5 and 7<br><br>'453 Patent, Claims 1, 2, and 4 | **Plaintiffs' Proposed Construction**<br><br>slot(s) angling outward where one of the sides of the slot extends along a line tangent to the annular recess<br><br>**Defendant's Proposed Construction**<br><br>a notch made into the end of the insert with a length dimension that extends, at least in part, between the center and periphery of the end and is designed to enable fluid to flow primarily in a direction perpendicular to the longitudinal axis. A longitudinal channel or groove on the side of the insert is not a "radially extending slot." | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – Abstract; 4:32-50; 5:15-50; 6:15-26; FIG. 2; FIG. 11; FIG. 12; FIG. 13B-D; FIG. 14 (Element 82a and 82b)<br><br>Office Action of September 30, 2014, pg. 5, 9<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 1:49-53, 2:1-8, 4:32-55, 4:59-60, 5:15-28, 5:34-39, 6:1-14, Figs. 9-10, 13A-13C, 14, 16<br><br>'483 Patent specification at 1:65-2:5, 4:66-5:10, 5:40-50, Figs. 10-11<br><br>'468 Patent file history at 02/08/2013 Office Action at INT20000598-601, 05/06/2013 Amendments and Remarks at INT20000616-18 |
| "cylindrical" | '483 Patent, Claims 19 and 21 | **Plaintiffs' Proposed Construction**<br><br>having straight walls and circular or oval ends | **Plaintiffs' Intrinsic Evidence**<br><br>'483 Patent – 2:5-7; 4:6-43; 5:30-39; FIGS. 1-10 |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| | | **Defendant's Proposed Construction** | **Defendant's Intrinsic Evidence** |
| | | having a shape consisting of parallel lateral sides and a circular or oval cross section | The claims reciting this term; |
| | | | '483 Patent specification at 2:5-7, 3:39-45, 4:4-26, 4:39-43, 5:30-33, Figs. 1, 3-6, 9-10 |
| "the insert including a cylindrical member" | '021 Patent, Claims 14 and 15 | **Plaintiffs' Proposed Construction** | **Plaintiffs' Intrinsic Evidence** |
| | | a component in tip assembly having straight walls and circular or oval ends | '483 Patent – 2:5-7; 4:6-43; 5:30-39; FIGS. 1-10 (Elements 40 and 140) |
| | | **Defendant's Proposed Construction** | **Defendant's Intrinsic Evidence** |
| | | the insert includes a structure having a shape consisting of parallel lateral sides and a circular or oval cross section | The claims reciting this term; |
| | | | '483 Patent specification at 2:5-7, 3:39-45, 4:4-26, 4:39-43, 5:30-33, Figs. 1, 3-6, 9-10 |
| "an outer diameter of the insert is uniform along an entire length of the insert" | '021 Patent, Claim 15 | **Plaintiffs' Proposed Construction** | **Plaintiffs' Intrinsic Evidence** |
| | | the outer surface of the insert has the same shape along its length | '483 Patent – 2:5-7; 4:6-43; 5:30-39; FIGS. 1-10 (Elements 40 and 140) |
| | | **Defendant's Proposed Construction** | **Defendant's Intrinsic Evidence** |
| | | This term is indefinite. If it is not indefinite, the term should be given the following construction: | The claims reciting this term; |
| | | "the outer diameter of the insert does not change along the entire longitudinal length of the insert" | '483 Patent specification at Abstract, 1:42-61, 2:5-7, 3:39-45, 4:4-26, 4:39-43, 5:30-33, Figs. 1, 3-6, 9-10 |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| "insert including a substantially cylindrical member" / "substantially cylindrical member" | '483 Patent, Claims 19 and 21 | **Plaintiffs' Proposed Construction**<br><br>component in tip assembly having predominantly straight walls and predominantly circular or oval ends<br><br>**Defendant's Proposed Construction**<br><br>This term is indefinite. If it is not indefinite, the term should be given the following construction:<br><br>"an insert with a portion that has a shape consisting of parallel lateral sides and, at least in part or in portions, a circular or oval cross section" | **Plaintiffs' Intrinsic Evidence**<br><br>'483 Patent – 1:65-2:7; 4:4-43; 5:30-39; FIGS. 1-10 (Elements 40 and 140)<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'483 Patent specification at 2:5-7, 3:39-45, 4:4-26, 4:39-43, 5:30-33, Figs. 1, 3-6, 9-10 |
| "the inner shaft defines at least a first lumen configured for fluid communication with the first source of component and a second lumen configured for fluid communication with the second source | '468 Patent, Claims 1-2, 4-5 and 7 | **Plaintiffs' Proposed Construction**<br><br>structure containing lumens within an outer surface of the elongated body wherein one lumen is designed to permit flow of a first component from one portion of the spray assembly to another portion of the spray assembly and a second lumen is designed to permit flow of a second component from one portion of the spray assembly to another portion of the spray assembly<br><br>**Defendant's Proposed Construction**<br><br>a single long, narrow body that defines at least two distinct passageways or | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – 1:53-62; 2:8-15; 2:65-3:1; 3:24-30; 3:45-56; 4:56-5:14; 6:15-26; FIGS. 1-8<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 1:42-62, 3:24-4:3, 4:17-19, 4:66-5:16, Figs. 3-8, 10, 14<br><br>'468 Patent file history 02/08/2013 Office Action at INT20000598-601; 07/23/2013 Amendments and Remarks at INT20000643-52 |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| of component" | | cavities that are designed to be in fluid communication with a first and second source of component, respectively. A pair of conduits is not an inner shaft defining a first lumen and a second lumen. | |
| "the inner shaft defining a first lumen configured for fluid communication with the first<br><br>source of component, a second lumen configured for fluid communication with the<br><br>second source of component, and a third lumen configured for fluid communication with | '946 Patent, Claims 1-3, 5, and 7 | **Plaintiffs' Proposed Construction**<br><br>structure containing lumens within an outer surface of the elongated body wherein one lumen is designed to permit flow of a first component from a first source of component to another portion of the spray assembly and a second lumen is designed to permit flow of a second component from a second source of component to another portion of the spray assembly and a third lumen is designed to permit flow of air from a source of pressurized air to another portion of the spray assembly<br><br>**Defendant's Proposed Construction**<br><br>a single long, narrow body that defines at least three separate passageways or cavities that are designed to be in fluid communication with a first and second source of component and a source of pressurized air, respectively. A pair of conduits is not an | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – 1:53-62; 2:8-15; 2:65-3:1; 3:24-30; 3:45-56; 4:56-5:14; 6:15-26; FIGS. 1-8<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 1:42-62, 3:24-4:3, 4:17-19, 4:66-5:16, Figs. 3-8, 10, 14<br><br>'468 Patent file history 02/08/2013 Office Action at INT20000598-601; 07/23/2013 Amendments and Remarks at INT20000643-52 |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| the source of pressurized air" | | inner shaft defining a first lumen, a second lumen, and a third lumen. | |
| "elongated member extending between the connector and the tip" | '453 Patent, Claims 1, 2 and 4 | **Plaintiffs' Proposed Construction**<br><br>structure of the spray applicator between the connector and applicator tip<br><br>**Defendant's Proposed Construction**<br><br>This term is indefinite. If it is not indefinite, the term should be given the following construction:<br><br>"a part of an applicator distinct from the connector and the tip that extends between the connector and the tip and is longer in the longitudinal dimension than in the dimensions perpendicular to the longitudinal axis" | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – 1:53-60; 2:8-15; 2:65-3:4; 3:24-35; 3:49-56; 6:15-26; FIGS. 1, 3, 4 (Element 30)<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 1:24-2:15, 2:62-3:4, 3:24-4:5, 4:49-52, 5:34-39, Figs. 1, 3, 4, 10, 13A-13C, 14<br><br>'483 Patent specification at 1:42-62, 2:66-3:45, 4:4-13, 4:49-65, 5:11-20, 5:23-29, 5:40-44, Figs. 1-3, 7-9<br><br>'453 Patent file history: 06/15/2011 Office Action at INT20000351-59, INT20000364-65; 09/13/2011 Amendments and Remarks at INT20000366-72 |
| "dispensing a mixture" | '478 Patent, Claims 1-3 and 5-9<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5, and 7 | **Plaintiffs' Proposed Construction**<br><br>providing a combination of at least two components in addition to any | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – Abstract; 1:14-15; 1:28-34; 1:41-45; 5:1-24; FIG. 1 |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence[2,3] |
|---|---|---|---|
| | '021 Patent, Claims 14 and 15<br><br>'468 Patent, Claims 1-2, 4-5 and 7<br><br>'453 Patent, Claims 1, 2, and 4 | pressurized air or pressurized fluid<br><br>**Defendant's Proposed Construction**<br>This claim preamble is not limiting, and, if deemed limiting, requires no further construction | Office Action of May 2, 2017, pg. 5<br><br>Office Action of September 30, 2014, pg. 4<br><br>'483 Patent – Abstract; 1:14-37; FIG. 1<br><br>**Defendant's Intrinsic Evidence**<br>The claims reciting this term |
| "a system for mixing at least a first component and a second component" | '483 Patent, Claims 19 and 21 | **Plaintiffs' Proposed Construction**<br>a system for combining at least two reactive components<br><br>**Defendant's Proposed Construction**<br>This claim preamble is not limiting, and, if deemed limiting, requires no further construction | **Plaintiffs' Intrinsic Evidence**<br>'483 Patent – Abstract; 1:14-37; 5:51-56; FIG. 1<br><br>**Defendant's Intrinsic Evidence**<br>The claims reciting this term |

**Reserved Terms**: Claim Terms For Which There is No Agreement But
Construction is Not Sought as Part of The Formal Claim Construction Schedule

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence |
|---|---|---|---|
| "configured for operable engagement" | '478 Patent, Claims 1-3 and 5<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5, and 7<br><br>'468 Patent, Claims 1-2, 4-5 and 7<br><br>'453 Patent, Claims 1, 2, and 4<br><br>'483 Patent, Claims 19 and 21 | **Plaintiffs' Proposed Construction**<br>designed to interface for operation<br>**Defendant's Proposed Construction**<br>No construction necessary | **Plaintiffs' Intrinsic Evidence**<br>'453 Patent – Abstract;<br>1:42-53; 3:10-16; 3:45-56; 4:66-5:14; 6:15-26<br>**Defendant's Intrinsic Evidence**<br>The claims reciting this term;<br>'453 Patent specification at Abstract, 1:42-2:15, 3:5-30, 4:66-5:33, Figs. 1-4 |
| "configured for fluid communication with…" | '478 Patent, Claims 1-3 and 5-9<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5, and 7<br><br>'021 Patent, Claims 14 and 15<br><br>'468 Patent, Claims 1-2, 4-5 and 7<br><br>'453 Patent, Claims 1, 2, and 4 | **Plaintiffs' Proposed Construction**<br>designed to permit fluids to flow from one portion of the spray assembly to another portion of the spray assembly<br>**Defendant's Proposed Construction**<br>No construction necessary or "designed to permit fluids<br>(liquids or gases) to flow from or between" | **Plaintiffs' Intrinsic Evidence**<br>'453 Patent – Abstract; 3:5-30; 3:45-56; 4:66-5:14; 6:15-26<br>**Defendant's Intrinsic Evidence**<br>The claims reciting this term;<br>'453 Patent specification at 1:43-2:15, 3:24-49, 4:17-19; 4:66-5:33<br>'483 Patent specification at Abstract, 1:43-2:27 |
| "insert member" | '478 Patent, Claims 1-3 and 5-9<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5, and 7 | **Plaintiffs' Proposed Construction**<br>substantially annular body having proximal and distal ends | **Plaintiffs' Intrinsic Evidence**<br>'453 Patent – Abstract; 1:48-51; 1:60-62; 3:1-4; 4:21-65; 5:15-33; |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence |
|---|---|---|---|
| | '468 Patent, Claims 1-2, 4-5 and 7<br><br>'453 Patent, Claims 1, 2, and 4 | **Defendant's Proposed Construction**<br><br>No construction necessary or "an insert" | 5:34-61; 6:15-26; FIGS. 2, 11, 12, 13A-D (Element 80)<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at Abstract, 1:43-2:15, 2:62-3:4, 4:17-55 |
| "configured to mix the first and second source of components" | '468 Patent, Claims 1-2, 4-5 and 7<br><br>'453 Patent, Claims 1, 2, and 4 | **Plaintiffs' Proposed Construction**<br><br>designed to combine the first and second components<br><br>**Defendant's Proposed Construction**<br><br>This term is indefinite. If it is not indefinite, the term should be given the following construction:<br><br>"designed to combine or blend the first and second<br><br>sources of components" | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – Abstract; 1:51-53; 2:4-8; 5:15-24; 5:34-51; 6:15-26<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term and claims reciting variations of being configured to mix the first and second components;<br><br>'453 Patent specification at Abstract, 1:43-2:15, 3:5-30, 4:66-5:33, Figs. 1-4 |
| "configured to create turbulence" | '483 Patent, Claim 21 | **Plaintiffs' Proposed Construction**<br><br>designed to create fluid flow to mix the components<br><br>**Defendant's Proposed Construction**<br><br>This term is indefinite. If it is not indefinite, the term should be given the following construction: | **Plaintiffs' Intrinsic Evidence**<br><br>'483 Patent – 1:65-2:7; 4:66-5:10; FIGS. 3-6 (Element 40)<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'483 Patent specification at 4:44- |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence |
|---|---|---|---|
| | | "designed to allow fluid(s) to mix" | 10, 5:30-39, Figs. 1-4, 9-10 |
| "formable member" | '468 Patent, Claim 7 | **Plaintiffs' Proposed Construction**<br><br>a member that can be configured to be straight, bent or in a flexed condition<br><br>**Defendant's Proposed Construction**<br><br>This limitation is subject to interpretation under<br><br>35 U.S.C. § 112 ¶6.<br><br>The claimed function is: forming of the inner shaft<br><br>The corresponding structure is: a wire and equivalents thereof | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – 3:56-59; 6:15-26<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 3:56-65, Figs. 5-8. |
| "an inner shaft and an outer sleeve, and defining a vent lumen between the inner shaft and outer sleeve" / "the inner shaft and outer sleeve defining a vent lumen therebetween" | '468 Patent, Claims 1-2, 4-5 and 7<br><br>'946 Patent, Claims 1-3, 5, and 7 | **Plaintiffs' Proposed Construction**<br><br>structure containing lumens within the elongated body and the surrounding outer surface of the elongated body that define a passageway for air or fluid therebetween<br><br>**Defendant's Proposed Construction**<br><br>a long, narrow body contained within an outer sleeve wherein the space between the inner body and outer sleeve forms a passageway or cavity within a hollow body designed to release or discharge excess gas pressure at a surgical site to the open atmosphere by providing fluid | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – 3:31-44; 3:59-61; 6:15-26; FIG 6 (Elements 40, 46, 50)<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 1:42-62, 3:24-48, 3:59-61, 4:17-19, 5:5-16, Figs. 3, 4, 6;<br><br>'468 Patent file history 02/08/2013 Office Action at INT20000598-601; 07/23/2013 Amendments and |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence |
|---|---|---|---|
| | | communication between at least two external openings | Remarks at INT20000643-52<br><br>'946 Patent file history 12/29/2014 Amendments and Remarks at INT20001038-45 |
| "the outer sleeve is radially spaced from the inner shaft to form the vent lumen" | '946 Patent, Claim 5 | **Plaintiffs' Proposed Construction**<br><br>the outer surface of the elongated body portion that surrounds and is spaced apart from the inner shaft<br><br>**Defendant's Proposed Construction**<br><br>the inner long, narrow body has an outer diameter that is smaller than the inner diameter of the outer sleeve to form a passageway or cavity within a hollow body designed to release or discharge excess gas pressure at a surgical site to the open atmosphere by providing fluid communication between at least two external openings | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – 3:31-44; 3:59-61; 6:15-26; FIG. 6 (Elements 40, 46 and 50)<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at 1:42-62, 3:24-48, 3:59-61, 4:17-19, 5:5-16, Figs. 3, 4, 6;<br><br>'468 Patent file history 02/08/2013 Office Action at INT20000598-601; 07/23/2013 Amendments and Remarks at INT20000643-52 |
| "a tip operably connected to the connector" | '468 Patent, Claims 1-2, 4-5 and 7<br>'453 Patent, Claims 1, 2, and 4 | **Plaintiffs' Proposed Construction**<br><br>a tip joined together with the connector for operation<br><br>**Defendant's Proposed Construction**<br><br>a tip joined to the connector and capable of operating | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – 1:41-46; 1:53-56; 1:65-2:1; 2:8-16; 2:65-3:1; 3:45-56; 4:10-16; 4:56-5:24; 5:34-39; 6:15-26; FIGS. 1-4, 10, 14<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at |

| Claim Term | Patent and Claims | Proposed Constructions | Intrinsic Evidence |
|---|---|---|---|
| | | | Abstract, 1:42-2:15, 4:66-5:34, Figs. 1-4, 10-14 |
| "a tip assembly operably connected to the elongated portion" | '478 Patent, Claims 1-3 and 5<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5, and 7 | **Plaintiffs' Proposed Construction**<br><br>a tip assembly joined together with the structure of the spray applicator extending between the connector and the applicator tip for operation<br><br>**Defendant's Proposed Construction**<br><br>a tip joined to the elongated portion and capable of operating | **Plaintiffs' Intrinsic Evidence**<br><br>'453 Patent – 1:41-46; 1:53-55; 1:65-2:1, 2:8-16; 2:65-3:1; 3:45-56; 4:10-16; 4:56-5:24; 5:34-39; 6:15-26; FIGS. 1-4, 10, 14<br><br>**Defendant's Intrinsic Evidence**<br><br>The claims reciting this term;<br><br>'453 Patent specification at Abstract, 1:42-2:15, 4:66-5:34, Figs. 1-4, 10-14 |

**Agreed Upon Terms**: Claim Term Constructions On Which The Parties Agree

| Claim Term | Patent and Claims | Agreed Construction |
|---|---|---|
| "pair of slots" | '478 Patent, Claims 3 and 9<br><br>'290 Patent, Claim 3<br><br>'946 Patent, Claim 3 | two slots |
| "proximal end" | '021 Patent, Claims 14 and 15 | the end of a structural component that is toward the source of the component (i.e., the upstream end) |
| "distal end" | '478 Patent, Claims 1-3 and 5-9<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5, and 7<br><br>'021 Patent, Claims 14 and 15<br><br>'468 Patent, Claims 1-2, 4-5 and 7<br><br>'483 Patent, Claims 19 and 21 | the end of a structural component that is away from the source of the component (i.e., the downstream end) |
| "connected" | '478 Patent, Claims 1-3 and 5<br><br>'290 Patent, Claims 1-3, 5, and 7<br><br>'946 Patent, Claims 1-3, 5, and 7<br><br>'468 Patent, Claims 1-2, 4-5 and 7<br><br>'453 Patent, Claims 1, 2, and 4 | joined |
| "operably connected" | '478 Patent, Claims 1-3 and 5<br><br>'290 Patent, Claims 1-3, 5, and 7 | joined and capable of operating |

| Claim Term | Patent and Claims | Agreed Construction |
|---|---|---|
| | '946 Patent, Claims 1-3, 5, and 7<br><br>'468 Patent, Claims 1-2, 4-5 and 7<br><br>'453 Patent, Claims 1, 2, and 4 | |
| "first end" | '021 Patent , Claims 14 and 15<br><br>'468 Patent, Claims 1-2, 4-5, and 7<br><br>'453 Patent, Claims 1, 2, and 4 | the distal or proximal end |
| "second end" | '468 Patent, Claims 1-2, 4-5, and 7<br><br>'453 Patent, Claims 1, 2, and 4 | the end opposite the first end |