IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | C.A. No. 18-1599-MN |
| ) | |
| VARIAN MEDICAL SYSTEMS, INC. and ) | |
| VARIAN MEDICAL SYSTEMS ) | |
| INTERNATIONAL AG, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ISSUE
LETTERS OF REQUEST FOR INTERNATIONAL DISCOVERY**

At Wilmington this ____ day of _____, 20____, having considered defendants' Unopposed Motion to Issue Letters of Request for International Discovery, IT IS HEREBY ORDERED that the motion is GRANTED. The Court will sign and seal the letters of request attached as Exhibits A through G to the motion, and will notify defendants' counsel once the signed and sealed letters are prepared.

_____
United States District Judge

Date: _____