IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1599-MN |
| | ) |
| VARIAN MEDICAL SYSTEMS, INC. and | ) |
| VARIAN MEDICAL SYSTEMS | ) |
| INTERNATIONAL AG, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ISSUE LETTERS OF REQUEST FOR INTERNATIONAL DISCOVERY**

At Wilmington this 19th day of December, 2019, having considered defendants' Unopposed Motion to Issue Letters of Request for International Discovery, IT IS HEREBY ORDERED that the motion is GRANTED. The Court will sign and seal the letters of request attached as Exhibits A through G to the motion, and will notify defendants' counsel once the signed and sealed letters are prepared.

_____
The Honorable Maryellen Noreika
United States District Judge