

## de Rechtspraak

Rechtbank Den Haag

The Honorable Maryellen Noreika
United States District Court for the District Of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555
United States of Ameria

**Team Handel**

bezoekadres
Paleis van Justitie
Prins Clauslaan 60
2595 AJ Den Haag

correspondentieadres
Postbus 20302
2500 EH Den Haag

| | |
|---|---|
| datum | 7 januari 2020 |
| onderdeel | Team Handel - Algemene Zaken |
| contactpersoon | mw. J.M. Schluter-Harteveld |
| doorkiesnummer | 088 - 36 12 017 |
| ons kenmerk | C/09/586389 / KG RK 20/26 US DISTRICT COURT DELAWARE/RECHTBANK AMSTERDAM |
| uw kenmerk | C.A. No.18-1599-MN BEST MEDICAL INT.INC.(EIS/VRZ)/VARIAN MED.SYSTEMS CS(GED/VWR |
| bijlage(n) | geen |
| onderwerp | rogatoire commissie |

f 088 - 36 10 665
www.rechtspraak.nl

Bij beantwoording de datum en ons kenmerk vermelden. Wilt u slechts één zaak in uw brief behandelen.

Dear Sir/Madam

I confirm the receipt of above mentioned request.
The documents were received on 7th January 2020.

The court will keep you informed about further procedures.

Kind regards,

Ms J.M. Schluter-Harteveld