

Liberté • Égalité • Fraternité
RÉPUBLIQUE FRANÇAISE

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2020 FEB -5 PM 2:54

MINISTÈRE DE LA JUSTICE

Paris, le 27 JAN. 2020

DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU

BUREAU DU DROIT DE L'UNION,
DU DROIT INTERNATIONAL PRIVÉ
ET DE L'ENTRAIDE CIVILE

United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE 19801-355
USA

***Reference:***
**5OP2020**
Case manager:
Célia NEEL
Tél. : 00331 44 77 61 05
Fax : 00331 44 77 61 22
✉ entraide-civile-internationale@justice.gouv.fr

For the Honorable Maryellen Noreika

**OBJET :** Acceptation of a taking of evidence request pursuant the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

**AFFAIRE :** BEST MEDICAL INTERNATIONAL INC c/ VARIAN MEDICAL SYSTEMS INC

**V/REF :** 18-1599-MN

Dear Honorable,

The French Ministry of Justice has the honor to acknowledge receipt, on january 13th, of the taking of evidence request in civil and commercial matters, issued by the United States District Court for the District of Delaware on december 19th, regarding the hearing of representatives of the Marie Curie Institute concerning the requests contained in the letter rogatory.

I inform you that this request has been authorized and forwarded this day for execution to the public prosecutor at the First Instance Court of Paris.

Yours sincerely,

Célia NEEL

Liberté • Égalité • Fraternité
RÉPUBLIQUE FRANÇAISE
MINISTÈRE DE LA JUSTICE

United States District Court for the district of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE 19801-355
U.S.A

PRIORITAIRE
PRIORITY

Document

PARIS LOUVRE PPDC
PARIS
28-01-20
058 IO 0T4542
4FD8 758930

€ R.F.
LA POSTE
002,20
HU 224388

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2020 FEB -5 PM 2:54

RIEP-141436F