

## de Rechtspraak

Rechtbank Den Haag

| | |
|---|---|
| The Honorable Maryellen Noreika<br>United States District Court for the District Of Delaware<br>J. Caleb Boggs Federal Building<br>844 N. King Street<br>Wilmington, DE 19801-3555<br>United States of America | Team Handel<br><br>bezoekadres<br>Paleis van Justitie<br>Prins Clauslaan 60<br>2595 AJ Den Haag<br><br>correspondentieadres<br>Postbus 20302<br>2500 EH Den Haag<br><br>f 088 - 36 10 665<br>www.rechtspraak.nl<br><br>Bij beantwoording de datum en ons kenmerk vermelden. Wilt u slechts één zaak in uw brief behandelen. |

| | |
|---|---|
| datum | 28 februari 2020 |
| onderdeel | Team Handel - Algemene Zaken |
| contactpersoon | mw. J.M. Schluter-Harteveld |
| doorkiesnummer | 088 - 36 12 017 |
| ons kenmerk | C/09/586389 / KG RK 20/26<br>US DISTRICT COURT DELAWARE/RECHTBANK AMSTERDAM |
| uw kenmerk | C.A. No.18-1599-MN |
| bijlage(n) | copy official report 26 February 2002 |
| onderwerp | rogatoire commissie |

Dear Sir/Madam

For your information I send you a copy of the official report of 26 February 2002, from the court Amsterdam.

For your information the procedure with the central authority is now closed.

Kind regards,

mw. J.M. Schluter-Harteveld

# AFSCHRIFT

# proces-verbaal



**RECHTBANK AMSTERDAM**

Afdeling privaatrecht

zaaknummer / rekestnummer: C/13/678680 HA RK 20/22

Proces-verbaal van bevindingen van 26 februari 2020

Inzake het verzoek van het The United States District Court for the District of Delaware, Verenigde Staten van Amerika, van 14 december 2019 tot het opvragen van stukken van, te weten:

het instituut **HET NEDERLANDS KANKER INSTITUUT**,
gevestigd te Amsterdam.

De rechter heeft kennisgenomen van de beschikking van de rechtbank 's-Gravenhage van 21 januari 2020 met zaaknummer C/09/586389 / KG RK 20.26, ingekomen ter griffie op 22 januari 2020, en stelt vast dat de rechtbank na een door haar daarop gericht verzoek vervolgens heeft ontvangen:

- een brief met aangehechte stukken van 18 februari 2020 van de Het Nederlands Kanker Instituut – Antoni van Leeuwenhoek, aangehecht aan dit proces-verbaal.

De rechter bepaalt dan ook dat het verzoek zal worden geretourneerd aan de Centrale Autoriteit ter verdere afhandeling.

Waarvan proces-verbaal,

J. de Boer-Ketting
griffier

mr. B.T. Beuving
rechter

VOOR AFSCHRIFT CONFORM
De griffier van de
Rechtbank Amsterdam

Voor grosse/afschrift

2 8 FEB. 2020

De griffier,

Rechtbank Amsterdam
T.a.v. Mevr. J. De Boer-Ketting
Postbus 84500
1080 BN Amsterdam

Ingekomen
Ter griffie van
team U.
**2 1 FEB. 2020**
van de RECHTBA'
AMSTERDA

**ANTONI VAN LEEUWENHOEK**
NEDERLANDS KANKER INSTITUUT
Prof. dr. René H. Medema
Directeur Wetenschapsbeleid
Voorzitter Raad van Bestuur

Datum: 18 februari 2020
Uw kenmerk: Zaak-/rolnummer C/13/678680 / HA RK 20/22 inzake: US District Court of Delaware/Nederlands kanker instituut

Geachte mevrouw De Boer-Ketting,

In reactie op het verzoek van The United States District Court for the District of Delaware op grond van het Bewijsverdrag, informeer ik u namens Stichting het Nederlands Kankerinstituut - Antoni van Leeuwenhoek ziekenhuis (NKI-AVL) als volgt.

Het bewijsverzoek ziet op het verkrijgen van bewijs betreffende het ontwikkelen/ontwerpen van een 'treatment planning system' voor radiotherapie, het zogeheten 'U-M Plan'. Door de verzoeker lijkt te worden verondersteld dat dit systeem in het NKI-AVL is ontwikkeld/ontworpen. Dit is onjuist.

Het NKI-AVL heeft destijds gebruik gemaakt van een reeds bestaand software systeem dat 'U-M plan' werd genoemd. NKI-AVL heeft dat systeem eind jaren '80 aangekocht van de firma Scanditronics onder de handelsnaam 'Scandiplan' en gebruikt ten behoeve van het plannen van patiënten behandelingen en het uitvoeren van onderzoek, maar heeft dit systeem niet zelf ontwikkeld noch de functionaliteiten daarvan verder ontwikkeld of aangepast. Het systeem is oorspronkelijk ontwikkeld door de University of Michigan. Dat is ook benoemd onder hoofdstuk II, (Methods and materials), paragraaf D, van het meegestuurde artikel Target margins for random geometrical treatment uncertainties in conformal radiotherapy: "*Three dimensional dose distributions were calculated using U-Mplan (University of Michigan, Ann Arbor, MI)*".

NKI-AVL is graag bereid om te assisteren maar beschikt eenvoudigweg niet over de gevraagde informatie.

We vertrouwen erop u hiermee voldoende te hebben geïnformeerd.

*English translation for The United States District Court for the District of Delaware:*

*In response to the request from The United States District Court for the District of Delaware based on the The Hague Evidence Convention, I hereby inform you on behalf of the Stichting het Nederlands Kankerinstituut - Antoni van Leeuwenhoek ziekenhuis ('NKI-AVL' or also referred to as 'the Netherlands Cancer Institute') as follows:*

*The evidence request aims at collection of evidence about the design and development of the treatment planning system called the 'U-M Plan'. The requesting party appears to believe that this system was developed at NKI-AVL. This is incorrect.*

Netherlands Cancer Institute – Antoni van Leeuwenhoek
Plesmanlaan 121, 1066 CX Amsterdam, The Netherlands | www.nki.nl
ABN AMRO Bank N.V. IBAN NL82ABNA0249101874| KvK nr: 40530817



*NKI-AVL has made use of an existing software system called 'U-M plan', which was marketed as 'Scandiplan' by a company called 'Scanditronics'. NKI-AVL had purchased the system in the late '80s and used it for patient treatment planning and research activities, but did not develop the initial system nor did NKI-AVL further develop or adapt the functionalities of the system.*

*The system was originally developed by the University of Michigan. This is also mentioned in chapter II (Methods and materials), sub D of the article Target margins for random geometrical treatment uncertainties in conformal radiotherapy: "Three dimensional dose distributions were calculated using U-M plan (<u>University of Michigan, Ann Arbor, MI</u>)".*

*NKI-AVL is willing to assist but simply does not possess the requested information.*

*Trusting to have informed you sufficiently.*

Hoogachtend,

Prof. dr. René H. Medema